# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| DTE ENERGY COMPANY, and | ) | |
| DETROIT EDISON COMPANY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Declaration of Lyle Chinkin**

I, Lyle Chinkin, declare as follows:

1. I am the President of Sonoma Technology, Inc. ("STI"), which specializes in air quality and meteorological research and services. I joined STI in 1992 and have worked on projects for federal, state, and local government agencies; universities; public and private research consortiums; and major corporations. My resume is attached as Exhibit A.

2. I received Master of Science (1984) and Bachelor of Science (1981) degrees in Atmospheric Sciences from the University of California at Davis.

3. I have over 20 years of experience in professional consulting regarding air quality and over five years of experience at the California Air Resources Board. I have been appointed to and served on the National Research Council of the National Academy of Sciences Committee on the Effects of Changes in New Source Review Programs for Stationary Sources of Air Pollutants. I have also been appointed to and served on a panel

to review "Improving Emission Inventories for Effective Air Quality Management Across North America, a NARSTO Assessment".  I have also served as a United States Environmental Protection Agency (EPA) invited peer-reviewer of the EPA particulate matter (PM) National Ambient Air Quality Standards (NAAQS) Criteria Document, an expert panel member for the review of the Valdez Air Health Study, and as an expert witness for the United States Department of Justice (DOJ) in environmental enforcement actions.  My resume is Appendix A to this declaration, a list of publications is found at Appendix B, and my compensation for this matter is provided at Appendix C.  My testimony as an expert witness is listed at Appendix D.

4.  On behalf of EPA, DOJ has requested an analysis of the estimated air quality impacts associated with excess emissions from Unit 2 of DTE Energy's Monroe coal-fired power plant located in Monroe, Michigan.  My conclusions are still being developed, and could be affected by information or analysis that has yet to be produced.  Thus, these conclusions do not represent my final opinions, but rather a reasonable preliminary description of my opinions in this case.  A list of documents considered in forming these opinions is provided at Appendix E to this declaration.

5. DTE Energy's Monroe power plant is the eleventh largest coal fired plant in the United States, with 4 generating units providing a total output of over 3,100 megawatts (MW).[1]  In 2005, the Monroe power plant was also the eleventh largest sulfur dioxide ($SO_2$) emitter in U.S., emitting a total of 110,306 tons of $SO_2$.  Though emissions control systems have been installed on other units at the Monroe power plant, Unit 2, an 823 MW unit, is currently uncontrolled.  In 2009, Monroe Unit 2 emitted 27,230 tons of $SO_2$ and

---

[1] Based on power plant rankings published by the U.S. Energy Information Administration (see http://www.eia.doe.gov/neic/rankings/plantsbycapacity.htm).

8,205 tons of $NO_x$, making it the largest individual (i.e., unit level) source of both pollutants in the state of Michigan that year.  And on average, this unit has emitted 26,403 tons per year (tpy) of $SO_2$ and 9,618 tpy of oxides of nitrogen ($NO_x$) since 2000. Figures 1 and 2 show annual variations in $SO_2$ and $NO_x$ emissions for Unit 2 of the Monroe plant for years 2000 through 2009, as measured by continuous emissions monitoring.



**Figure 1.**  Historical $SO_2$ emissions from Unit 2 of the Monroe power plant.



**Figure 2.**  Historical NO$_x$ emissions from Unit 2 of the Monroe power plant.

6.  I understand that DTE Energy made significant modifications to Monroe

Unit 2 in 2010 which should have triggered New Source Review ("NSR") for SO$_2$ and

NO$_x$ at Unit 2.  If NSR had been conducted at the time of these modifications, pollution

controls would have been required on these units.  The installation of pollution control

technologies on Unit 2 at the time of its modifications could have reduced the emissions

of SO$_2$ by 95% or more and NO$_x$ by 90% or more from that point forward, compared to

emissions that were actually released.  The amount of emissions in excess of what would

have been emitted with pollution controls is referred to as "excess emissions."  Based on

the most recent annual emissions data for Monroe Unit 2 (year 2009), we modeled excess

emissions from Unit 2 of to 25,869 tons of SO$_2$ and 7,384 tons of NO$_x$ per year, which we

understand to be a conservative estimate of emissions.  These estimates are in keeping

with historical emissions from Monroe Unit 2, which has emitted 26,403 tons per year of

SO$_2$ and 9,618 tons per year of NO$_x$, on average, over the past 10 years.

4

7.  To place the excess emissions from Monroe Unit 2 in context, I made the following comparisons between the excess emissions cited above and other sources in the region identified in EPA's 2005 National Emissions Inventory (NEI).

- Based on 2009 emissions, the excess $SO_2$ emissions (25,869 tons) are equivalent to the annual emissions of 371,000 heavy-duty (HD) trucks, or all the trucks registered in Michigan, Illinois, Ohio and Indiana combined (see **Figure 3**).

- The excess $SO_2$ emissions at Monroe Unit 2 are equivalent to the 6th largest point source in Michigan (out of 1614 point sources in the 2005 NEI) – If all Monroe emissions are considered, it is the largest point source in Michigan.

- The largest non-utility point source of $SO_2$ in the Detroit-Ann Arbor nonattainment area is the Holcim facility in Monroe, Michigan, one of the nation's largest manufacturers and distributors of cement and mineral products. The Holcim plant emitted 7,129 tons of $SO_2$ in 2005, making the excess $SO_2$ emissions from Monroe Unit 2 equivalent to the output of more than 3 Holcim plants.

- The excess $SO_2$ emissions at Monroe Unit 2 are more than the $SO_2$ emissions from all 405 non-EGU point sources in the Detroit-Ann Arbor nonattainment area combined.

- The largest non-utility point source of $SO_2$ in city of Detroit is the United States Steel Corp Great Lakes Works, which emitted 4,431 tons of $SO_2$ in 2005. The excess emissions at the Monroe Unit 2 are equivalent to the output of five United States Steel Corp Great Lakes Works plants.

- The largest non-utility point source of $SO_2$ in Cleveland is the DiGeronimo Aggregates facility, a producer of concrete aggregates, which emitted 841 tons of $SO_2$ in 2005. The excess emissions at the Monroe Unit 2 are equivalent to the output of 30 DiGeronimo Aggregates facilities.

- The excess $NO_x$ emissions at Monroe Unit 2 are equivalent to the emissions of about 1 million passenger cars, or one quarter of all passenger cars registered in Michigan (see **Figure 4**).

- The excess $NO_x$ emissions at Monroe Unit 2 are equivalent to the 7th largest point source in Michigan (out of 1614 point sources in the 2005 NEI) – If all Monroe emissions are considered, it is the largest source.

- The largest non-utility point source of $NO_x$ in the Detroit-Ann Arbor nonattainment area is the United States Steel Corp Great Lakes Works in Wayne, Michigan, which emitted 3,290 tons of $NO_x$ in 2005. The excess $NO_x$ emissions from Monroe Unit 2 are equivalent to the output of more than two United States Steel Corp Great Lakes Works plants.

5



Excess SO$_2$ emissions from
the Monroe Power Plant

1 truck represents 1,000
heavy-duty trucks

**Figure 3**.  The excess SO$_2$ emissions from the Monroe Unit 2 are equal to the SO$_2$ emissions from 371,000 heavy-duty trucks or all of the heavy-duty trucks registered in Michigan, Illinois, Ohio, and Indiana combined.



Excess NO$_x$ emissions from
the Monroe Power Plant

1 car represents 3,000
Passenger cars

**Figure 4**.  The excess NO$_x$ emissions from the Monroe Unit 2 are equal to the NO$_x$ emissions from about 1 million passenger cars or one quarter of all passenger cars registered in Michigan.

8.  The emissions of SO$_2$ and NO$_x$ from Monroe Unit 2 form sulfate and nitrate particles, respectively, which contribute to the secondary formation of fine particulate matter (PM) in the atmosphere.  Secondary PM forms when precursor gases undergo chemical and physical transformations in the atmosphere.  (Primary PM, on the other hand, is directly emitted into the atmosphere and includes suspended dust, sea salt,

6

organic carbon, elemental carbon, metals from combustion, and small amounts of sulfate

and nitrate.)  In particular, $SO_2$ emissions form sulfate particles which, along with carbon,

dominate the composition of $PM_{2.5}$ throughout the eastern United States.  In addition, PM

is a complex mixture of solid and liquid particles, with the size of particles in the

atmosphere varying tremendously.  Particle sizes are often classified in three size ranges:

- Ultra-fine particles (<0.1 μm),
- Fine particles (0.1 to 2.5 μm), and
- Coarse particles (2.5 to 10 μm).

where 1 μm is 1 millionth of a meter.  When we refer to $PM_{2.5}$ we mean the concentration

of particles that are less than 2.5 μm (i.e., particles in the fine and ultra-fine size ranges),

while $PM_{10}$ includes the sum of $PM_{2.5}$ and coarse particles.  **Figure 5** provides a size

comparison of $PM_{2.5}$ and $PM_{10}$ particles to human hair and beach sand.



**Figure 5.**  Size comparison of $PM_{2.5}$ and $PM_{10}$ particles to human hair and beach sand.

9.  Because of health effects associated with $PM_{2.5}$, EPA has established national ambient air quality standards (NAAQS) for $PM_{2.5}$ of 15 micro-grams per cubic meter ($\mu g/m^3$) for an annual average and 35 $\mu g/m^3$ for a daily average.  However, EPA's Ambient Standards Group has recently released a draft policy assessment which concludes that consideration should be given to lowering annual $PM_{2.5}$ standard levels to the range of 11 to 13 $\mu g/m^3$, and that consideration should also be given to lowering the 24-hr (daily) $PM_{2.5}$ standard to 30 $\mu g/m^3$ in conjunction with an annual standard of 11 $\mu g/m^3$ (U.S. Environmental Protection Agency, 2010).  These lower standards have been endorsed by the Clean Air Scientific Advisory Committee (CASAC), a key EPA advisory group (Williams, 2010).  **Figure 6** shows areas currently classified as nonattainment based on the EPA's annual and 24-hr standards.



**Figure 6**.  Annual and 24-hr PM$_{2.5}$ nonattainment areas in the region around the Monroe power plant.

10.  The emissions of NO$_x$ from the Monroe power plant form ozone in the lower atmosphere.  Ozone is a secondary pollutant formed through the photochemical reactions of NO$_x$, volatile organic compounds (VOCs), and sunlight.  The precursors to ozone (VOC and NO$_x$) are emitted into the atmosphere by both anthropogenic (man-made) and biogenic (naturally occurring) sources.  Ozone in the lower atmosphere is an air pollutant with harmful effects on the respiratory systems of animals (including humans) and damaging to plants; however, the ozone layer in the upper atmosphere is beneficial, preventing potentially damaging ultraviolet light from reaching the Earth's surface.  Because of health effects associated with ozone, EPA has established NAAQS for ozone, which is 75 parts per billion (ppb) for a peak 8-hour average.  **Figure 7** shows areas

currently classified as nonattainment of this ozone standard and areas requiring ozone

maintenance plans.



**Figure 7.** Ozone nonattainment and maintenance areas in the region around the Monroe power plant.

11.  I reviewed the first six months of this year's (2010) ozone and PM$_{2.5}$ air

quality data for nonattainment areas within 250 miles of the Monroe power plant.  In the

eastern and mid-western US most exceedances of the standards for these pollutants occur

in the summer and autumn months.  Even though it is early in the ozone and PM$_{2.5}$ year

there have been numerous exceedances of the standards already.  The number of

exceedances is summarized in **Table 1**.

| Area | Number of Days Exceeding the 24-hr $PM_{2.5}$ Standard | Number of Days Exceeding the Ozone Standard |
|------|------|------|
| Buffalo, NY | 0 | 1 |
| Pittsburg, PA | 12 | 3 |
| Cincinnati, OH | 5 | 5 |
| Cleveland, OH | 28 | 3 |
| Milwaukee, WI | 6 | 2 |
| Chicago, IL | 6 | 3 |
| Detroit, MI | 1 | 2 |
| Allegan, MI | 0 | 0 |

**Table 1.** Summary of ozone and $PM_{2.5}$ exceedances days in nonattainment areas from January through June, 2010.

12.   The excess $SO_2$ and $NO_x$ emissions from the Monroe power plant contribute to the formation of $PM_{2.5}$ in nearby Detroit, throughout Michigan, in neighboring states, and in other states in the mid-eastern and eastern United States.  Several of the areas impacted by the Monroe power plant are not in attainment of the NAAQS for $PM_{2.5}$, meaning that the excess emissions are adding to areas that already have unhealthy air quality levels.  These areas include Detroit-Ann Arbor, Michigan, Cleveland-Akron-Lorain, Ohio, and Milwaukee-Racine, Wisconsin.

13.   In consultation and coordination with colleagues at STI, I assessed the air quality impacts of the excess emissions from the Monroe power plant using an air quality model to better quantify these impacts.  Air quality models are mathematical descriptions of pollution transport, dispersion, and related processes in the atmosphere and have been in use for decades and shown to be reliable.  Air quality models estimate the air pollutant concentration at many locations, which are referred to as receptors.  The number of receptors in a model far exceeds the number of monitors one could typically afford to deploy in a monitoring study.  Therefore, models provide a cost effective way to analyze

impacts over a wide spatial area where factors such as meteorology, topography, chemistry, and emissions could be important. Air quality models are also appropriate tools to examine the air quality impacts of proposed regulations and policies. Air quality agencies and businesses regularly use these models to evaluate the sensitivity of air pollution concentrations to changes in emissions sources, which aids in decision making about emission control strategies. Predicting pollutant concentrations associated with future emission scenarios is another important use of air quality models.

14. Specifically, the state-of-the-science, peer-reviewed Comprehensive Air Quality Model with extensions (CAMx) model was used for this assessment. CAMx is an Eulerian photochemical model capable of simulating the emission, transport, diffusion, chemical transformation, and removal of gaseous and particle pollutants in the atmosphere on a three-dimensional array of grid cells (see **Figures 8 and 9**). Eulerian models are technically superior to and a more complete scientific representation of atmospheric processes than other models commonly used in air quality assessment and management, such as Gaussian and Lagrangian models, because they allow more comprehensive, explicit treatment of physical processes and include the interactions of numerous sources for chemical processes. Eulerian models operate on a computational grid (hence the term "grid models"), require sophisticated solution methods, and employ discrete time steps and operator splitting. These models rely on fewer assumptions but require high-speed computers and sophisticated numerical integration methods. Besides CAMx, other examples of Eulerian photochemical models include the Urban Airshed Model (UAM-IV and UAM-V), the Multiscale Air Quality Simulation Platform (MAQSIP), and the Community Multiscale Air Quality model (CMAQ). The ability of

Eulerian photochemical models to treat large numbers of sources and their chemical interactions makes them well suited for assessing the impacts of emission controls on urban and regional air quality. These models are reliable, having been used for over 25 years in developing State Implementation Plans (SIPs) for ozone under the Clean Air Act, and in the past seven years their use has been expanded to assessments of PM and hazardous air pollutants. Eulerian photochemical models are used worldwide, and both CAMx and CMAQ are widely used to support policy and regulatory decisions across the U.S. Example applications of CAMx include:

- Regional Haze/Visibility Modeling by various Regional Planning Organizations (RPOs), including the Visibility Improvement State and Tribal Associations of the Southeast (VISTAS), the Central Regional Air Planning Association (CENRAP), the Western Regional Air Partnership (WRAP), and the Midwest Regional Planning Organization (MRPO).
- Local PM modeling in support of the preparation of PM SIPs for St. Louis, Missouri and Boise, Idaho.
- Regional modeling (eastern U.S.) by EPA in support of analyses of EPA's Heavy-Duty Diesel Rule and Clean Air Interstate Rule (CAIR).
- BART modeling to evaluate the impact of best available retrofit technology (BART) controls at large stationary sources in Texas and Arkansas.

In addition, formal scientific reviews of the CAMx model have been widely carried out since the model was first introduced in the mid 1990s (Russell and Dennis, 2000; McNally and Tesche, 1998). More than two dozen governmental, academic, industrial, and private modeling groups have reviewed the model code as part of training, model set-up, performance evaluations, regulatory applications, and quality assurance activities.



**Figure 8.**  Photochemical grid model conceptualization.



**Figure 9.** Overview of processes treated in a single grid cell of an Eulerian photochemical model.

15.  The CAMx modeling system simulates various chemical and physical processes that are important for understanding atmospheric trace gas transformations and distributions and contains three types of modeling components:  (1) a meteorological modeling system for the description of atmospheric states and motions; (2) emission models for characterizing man-made and natural emissions that are injected into the atmosphere; and (3) a chemistry-transport modeling system for simulating the chemical transformation and fate of air pollutants.  In addition, the CAMx modeling system includes particulate matter source apportionment technology (PSAT), a source apportionment tool that can be used to estimate the contributions of individual sources or groups of sources to PM concentrations at selected receptor locations.  Chemical

transport models, such as CAMx, mix emissions from different sources together. A source apportionment approach can be used to estimate the contributions of individual sources or groups of sources to PM concentrations at selected receptor locations. PSAT is a source apportionment tool developed for CAMx to track the formation and transport of $PM_{2.5}$ from emissions source categories (e.g., mobile, point, biogenic, etc.) and geographic source regions. PSAT can track source contributions to sulfate, nitrate, ammonium, secondary organic aerosol (SOA), and several primary PM species (e.g., elemental carbon, primary organic aerosol, and crustal PM). PSAT has been tested for primary PM species, as well as secondary sulfate and nitrate PM species and can be useful for understanding model performance, designing PM emission control strategies, and performing culpability assessments to identify sources that contribute significantly to PM pollution (ENVIRON International Corporation, 2008).

16.  To demonstrate the quantified impacts of the excess emissions, we used results from a CAMx PSAT modeling run performed by the U.S. EPA in support of the 24-hour $PM_{2.5}$ NAAQS designation process (Baker and Timin, 2008). These are the same modeling results that I relied upon to reach conclusions about the impacts of the Wabash River Power Plant in a previous case (United States of America, et al. v. Cinergy Corp., et al. C.A. No. IP99-1693 C-M/S). EPA applied CAMx version 4.5 with full gas-phase and aerosol chemistry for the entire year of 2005, using a national 36 km resolution domain to supply boundary conditions to three nested 12 km resolution regional modeling domains. (Domain refers to the geographic area that is modeled.) PSAT results from the regional domain shown in **Figure 10** were used in this evaluation. These CAMx PSAT source apportionment results quantified impacts on $PM_{2.5}$ concentrations from

facilities which were among the top 5% of all stationary point sources of $NO_x$, $SO_x$, or primary $PM_{2.5}$ in the eastern half of the U.S., including the Monroe power plant. To estimate the impact of excess emissions from Unit 2 of the Monroe plant, the overall PSAT results for Monroe were scaled by multiplying the PSAT impacts from the Monroe power plant by the ratio of 2009 excess emissions to the total emissions from the Monroe power plant in the year modeled (2005). This scaling approach was applied to PSAT impacts associated with sulfate, elemental carbon, and crustal PM, which would be impacted by the 95% $SO_2$ reduction resulting from controls, and nitrate, which would be impacted by the 90% $NO_x$ reduction resulting from controls. This approach assumes a linear relationship between primary precursor emissions and secondary $PM_{2.5}$ production, a generally accepted assumption in the air quality modeling community. It should also be noted that EPA evaluated model performance for the 2005 base case used in CAMx PSAT runs by comparing model estimates to observations of chemically speciated $PM_{2.5}$ collected at ambient monitoring sites during 2005. Metrics used to evaluate model performance include mean bias, gross error, fractional bias, and fractional error. For the Midwestern domain that is of interest to this study, model results for sulfate were found to be acceptable by EPA (Baker and Timin, 2008).



**Figure 10.** EPA modeling domain used for CAMx PSAT modeling.

17. Though the CAMX PSAT modeling performed by EPA was representative of
2005 meteorological conditions, an inspection of key meteorological parameters
demonstrated that 2005 was not an unusual meteorological year. Several meteorological
parameters are widely known in the air quality community to be good predictors of
stagnation conditions that lead to poor air quality, including the temperature at 850 mb
(about 5,000 feet above the ground) and the height of the 500 mb pressure surface.
**Figures 11 and 12** show monthly 850 mb temperatures and 500 mb geopotential heights
for 1948 to 2008 derived from data from the NOAA-CIRES Climate Diagnostic Center
reanalysis project (NOAA-CIRES Climate Diagnostic Center, 2003), which uses a state-of-
the-art analysis/forecast system to perform data assimilation using past data from 1948 to

the present.  The vertical blue line on these plots delineates the year 2005, and an
inspection of these time series plots demonstrates that 2005 was not an unusual
meteorological year and that our air quality analyses are representative of other historical
years and will likely be representative of future years as well.



**Figure 11.**  850-mb temperatures (°C) by month over the Midwest and Northeast
United States from 1948 to 2008.  The vertical blue line delineates the year 2005.



**Figure 12.** 500-mb geopotential heights (m) by month over the Midwest and Northeast United States from 1948 to 2008. The vertical blue line delineates the year 2005.

18. CAMx PSAT modeling results show that excess emissions from Unit 2 of the Monroe power plant have an impact of at least 0.5 μg/m$^3$ on PM$_{2.5}$ concentrations in the Detroit-Ann Arbor non-attainment area on 23 days in 2005, with impacts as high as 1.5 μg/m$^3$ occurring on July 28 and August 17. In addition, excess emissions from Monroe Unit 2 have impacts as high as 0.9 μg/m$^3$ in the Cleveland-Akron-Lorain non-attainment area in 2005, and as high as 0.3 μg/m$^3$ in Milwaukee-Racine non-attainment area (see **Table 2**). To illustrate the PM$_{2.5}$ air quality impacts of the excess SO$_2$ emissions from the Monroe power plant, **Figure 13** provides sample CAMx-PSAT modeling results for August 17, 2005. The CAMx model provides an estimate of how the excess SO$_2$ emissions impacted PM$_{2.5}$ pollution levels on that day. As shown in the figure, the impacts from the excess emissions from the Monroe power plant on PM$_{2.5}$ concentrations are greatest in Monroe County, Michigan, reaching about 1.5 μg/m$^3$ on August 17. In

addition, impacts from the Monroe power plant's excess emissions exceed 0.5 $\mu g/m^3$ across a large area that includes southeastern Michigan and northern parts of Ohio and Indiana, and the zone of impacts in excess of 0.25 $\mu g/m^3$ extends beyond Michigan, Indiana, and Ohio to cross the central part of Illinois.  On an annual basis, the impacts from the Monroe plant's excess emissions on $PM_{2.5}$ concentrations are greatest in Monroe County, reaching 0.1 $\mu g/m^3$ (see **Figure 14**).  Because of the law of conservation of mass, excess emissions from Monroe Unit 2 cannot be destroyed but only shifted in space or transformed; therefore, these emissions impact the air quality in some location every day of the year.  To demonstrate this fact, the CAMx PSAT modeling results for every day of 2005 are provided in the DVD attached as Appendix F to this declaration.

| Non-attainment area | Maximum impact on 24-hr $PM_{2.5}$ concentrations ($\mu g/m^3$ ) | Date(s) of maximum impact on 24-hour $PM_{2.5}$ concentrations |
|---|---|---|
| Detroit-Ann Arbor, MI | 1.5 | July 28 and August 17 |
| Cleveland-Akron-Lorain, OH | 0.9 | February 4 |
| Milwaukee-Racine, WI | 0.3 | July 12 |

**Table 2.**  Peak modeled impacts on year-2005 $PM_{2.5}$ concentrations from excess emissions from Unit 2 of the Monroe power plant.

**Figure 13** . CAMx-predicted impact on 24-hour average $PM_{2.5}$ concentrations for August 17, 2005 from the current excess emissions at the Monroe power plant.



**Figure 14**.  CAMx-predicted impact on annual average PM$_{2.5}$ concentrations from excess emissions at the Monroe power plant.

19.  To put these impacts in perspective, the current 24-hr PM$_{2.5}$ design value[2] for Detroit-Ann Arbor PM$_{2.5}$ nonattainment area is 37 µg/m$^3$, which means that this area is only exceeding the 24-hr standard by 2 µg/m$^3$.  Similarly, the current annual PM$_{2.5}$ design

---

[2] Design values are calculated from measured pollutant concentrations in an area and quantify the area's air quality relative to the national standard (see http://www.epa.gov/air/airtrends/values.html).  For PM$_{2.5}$, the annual standard is 15 µg/m$^3$.

value for Detroit-Ann Arbor $PM_{2.5}$ nonattainment area is 15.4 µg/m$^3$, a value which only exceeds the annual standard by 0.4 µg/m$^3$.  As a result, reductions in $PM_{2.5}$ concentrations of tenths of a µg/m$^3$ are substantial from an air quality planning perspective, as such reductions could dramatically affect the attainment status of an area such as Detroit-Ann Arbor, in addition to the incremental health benefits associated with such decreases in $PM_{2.5}$ concentrations.  This opinion is similar to conclusions reached during previous CAMx PSAT modeling used to investigate the contribution of power plant $SO_2$ emissions to particulate sulfate concentrations in the eastern U.S.  In that peer-reviewed study, Wagstrom et al (2008) found that $SO_2$ emissions from power plants significantly impacted areas as far as 500 km from the source region and concluded that impacts of several tenths of a µg/m$^3$ are significant.

20.  Excess emissions and $PM_{2.5}$ impacts from Monroe Unit 2 are comparable to emissions levels and $PM_{2.5}$ impacts from entire power plants in the Detroit Edison generating fleet in Michigan.  Like the Monroe power plant, Detroit Edison's Belle River, St. Clair, River Rouge, and Trenton Channel plants are all in the Detroit area of southeastern Michigan, as shown in **Figure 15**.  Excess $SO_2$ emissions from Monroe Unit 2 are within about ±10% of 2009 $SO_2$ emissions from the Belle River, St. Clair, and Trenton Channel plants and are 42% higher than 2009 $SO_2$ emissions from the River Rouge plant (see **Figure 16**).  As a result, impacts on regional $PM_{2.5}$ concentrations from excess emissions from Monroe Unit 2 are likely to be similar to impacts from the Belle River, St. Clair, and Trenton Channel facilities.  For example, CAMx PSAT-derived impacts on annual $PM_{2.5}$ concentrations from the Trenton Channel power plant, which is

about 18 miles northeast of the Monroe plant, show a similar maximum and spatial

distribution as impacts from excess emissions from Monroe Unit 2 (see **Figure 17**).



**Figure 15.** Locations of Detroit Edison power plants in southeastern Michigan.



**Figure 16**. Comparison of excess emissions from Unit 2 of the Monroe power plant to 2009 emissions from other Detroit Edison power plants in Michigan.



**Figure 17**. Comparison of CAMx-predicted annual average PM$_{2.5}$ impacts from excess emissions at the Monroe power plant and 2009 emissions from Detroit Edison's Trenton Channel plant.

21. In this region sulfate has been shown to be a greater contributor to $PM_{2.5}$ concentrations than nitrate.  Therefore, controlling $SO_2$ emissions provides greater reductions in $PM_{2.5}$ concentrations in this region than controlling $NO_x$ emissions.  It follows that additional $SO_2$ emission controls could be used instead of $NO_x$ emission controls to achieve the same or greater $PM_{2.5}$ air quality benefits.

22.  In addition to the impacts on $PM_{2.5}$ concentrations in areas within EPA's CAMx PSAT modeling domain, excess emissions from Unit 2 of the Monroe plant are likely to impact $PM_{2.5}$ concentrations beyond the boundaries of the modeling domain as well.  Under certain conditions, $SO_2$ may only convert to sulfate at a rate of 1% per hour, which allows the $SO_2$ to be transported for several days before conversion.  Because of such pollutant transport, EPA has encouraged states to address air quality issues such as visibility impairment from a regional perspective, providing funding to five regional planning organizations (RPOs) that address regional haze and related issues across broad geographic areas.

23.  Though EPA's CAMx PSAT modeling was focused on quantifying source contributions to $PM_{2.5}$ concentrations, excess $NO_x$ emissions from Monroe Unit 2 would also impact regional ozone concentrations.  Ground-level ozone is a secondary pollutant formed through the photochemical reactions of $NO_x$, VOC, and sunlight, and like $PM_{2.5}$, ozone can be transported over thousands of kilometers.  Previous modeling studies have demonstrated the effectiveness of power plant $NO_x$ controls in decreasing peak 8-hr ozone concentrations in the upper Midwest, including a previous modeling analysis that I performed with the Community Multiscale Air Quality model (CMAQ)[3] to investigate

---

[3] CMAQ is another state-of-the-science, peer-reviewed air quality model.

the impact of excess $NO_x$ emissions at the Wabash River power plant in western Indiana (CIVIL ACTION NO. IP99-1693 C-M/S).

24.   In conclusion, the excess emissions from the Monroe power plant are currently having a negative impact on the air quality in nearby Detroit, throughout Michigan, in neighboring states, and in other states in the mid-eastern and eastern United States.   Several of the areas impacted by the Monroe power plant are not in attainment of the NAAQS, meaning that the excess emissions are adding to areas that already have unhealthy air quality levels.   These areas include Detroit-Ann Arbor, Michigan, Cleveland-Akron-Lorain, Ohio, and Milwaukee-Racine, Wisconsin.

25.   This declaration does not represent the full extent of my opinions, which may be included in my future expert report(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2010, at Petaluma, California

_____

Lyle R. Chinkin

28

# REFERENCES CITED

The following references were cited in the body of this declaration.  All other data and information considering in forming the expressed opinions are listed in Appendix E.

Baker K. and Timin B. (2008) PM$_{2.5}$ source apportionment application in support of 24-hr PM2.5 NAAQS designation process. Draft report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, August 25.

ENVIRON International Corporation (2008) User's guide - Comprehensive Air Quality Model with Extensions (CAMx).  Version 4.50. Prepared by ENVIRON International Corporation, Novato, CA, May. Available on the Internet at <http://www.camx.com/files/CAMxUsersGuide_v4.5.pdf>.

McNally D.E. and Tesche T.W. (1998) Comparative evaluation of the CAMx and UAM-V models over the Northeastern U.S. using the July 1995 OTAG episode and the NARSTO-NE Intensive Field Study data. Prepared for the Mid-Atlantic Regional Air Management Association by Alpine Geophysics, LLC, Arvada, CO.

NOAA-CIRES Climate Diagnostic Center (2003) The NCEP/NCAR Reanalysis Project. NOAA-CIRES Climate Diagnostics Center, Boulder, CO. Available on the Internet at <http://www.cdc.noaa.gov/cdc/reanalysis/>.

Russell A. and Dennis R. (2000) NARSTO critical review of photochemical models and modeling. *Atmos. Environ.* **34** (12), 2283-2324.

U.S. Environmental Protection Agency (2010) Policy assessment for the review of the particulate matter national ambient air quality standards—second external review draft.  Prepared by the Health and Environmental Impacts Division, Office of Air and Radiation, U.S. Environmental Protection Agency, June.

Wagstrom K.M., Pandis S.N., Yarwood G., Wilson G.M., and Morris R.E. (2008) Development and application of a computationally efficient particulate matter apportionment algorithm in a three-dimensional chemical transport model. *Atmos. Environ.* 42, 5650-5659.

Williams M. (2010) EPA advisers endorse particulate standards based on visibility. *Environmental Manager Journal*, July.

# APPENDIX A

## Lyle R. Chinkin Resume

RESUME
**LYLE R. CHINKIN**
President



## Educational Background

1455 N. McDowell Blvd., Suite D
Petaluma, CA 94954-6503
707/665-9900
Fax: 707/665-9800
www.sonomatech.com

B.S. Atmospheric Science, *summa cum laude*, University of California at Davis, 1981
M.S. Atmospheric Science, University of California at Davis, 1984

## Professional Experience

Mr. Chinkin joined Sonoma Technology, Inc. (STI) in 1992 and is STI's President. He has over 20 years of professional consulting experience in air quality and over 5 years of experience at the California Air Resources Board.

Mr. Chinkin is a nationally recognized expert in emission inventory preparation and assessment and air quality analysis. He has worked on projects for federal, state, and local government agencies; universities; public and private research consortiums; and major corporations. Mr. Chinkin's areas of expertise include (1) developing and improving regional emission inventories; (2) providing independent assessments of emission inventories using bottom-up and top-down evaluation techniques; (3) conducting field studies to obtain real-world data and improve activity estimates and emission factors; (4) conducting scoping studies to develop conceptual models of community-scale air quality; (5) assisting with State Implementation Plan (SIP) development; and (6) providing expert testimony and presentations to public boards. He has been appointed to the National Research Council of the National Academy of Sciences Committee on the Effects of Changes in New Source Review Programs for Stationary Sources of Air Pollutants and to a panel to review "Improving Emission Inventories for Effective Air Quality Management Across North America, a NARSTO Assessment".

Mr. Chinkin served as (1) an EPA-invited peer-reviewer of the EPA particulate matter (PM) National Ambient Air Quality Standards Criteria Document and the draft EPA Report on the Environment (ROE) 2006; (2) an expert panel member for the review of the Valdez Air Health Study; and (3) an expert witness for U.S. Department of Justice environmental enforcement actions. Mr. Chinkin was the project manager and co-author of the EPA national guidance document on the preparation of emission inputs for photochemical air quality simulation models. In addition, his projects have included improving estimates of PM and ammonia emissions, evaluating internal combustion engine activity profiles and emissions, determining emissions from propane use and distribution systems, determining air toxic emissions from wood-preservation activities, and improving biogenic emission estimation tools. He frequently directs studies that combine public- and private-sector participation (e.g., an assessment and ground-truth study of industrial emissions in the Houston Ship Channel under the joint direction of the Texas Natural Resource Conservation Commission [now Texas Commission on Environmental Quality] and local industry). Mr. Chinkin has also assisted numerous industrial clients with projects such as development of emission-estimation tools for the American Petroleum Institute and top-down evaluations of emission inventories for the Coordinating Research Council.

Mr. Chinkin is frequently called upon by clients to explain complicated technical information to other air quality professionals, advisory boards, and members of the public. He presented research findings to public advisory committees in Ohio, Kansas, and Missouri and to senior federal and state government officials in Minnesota and at numerous scientific conferences. EPA selected Mr. Chinkin to help prepare a summary of the proceedings of the 2003 NARSTO air quality research conference, and to help an audience of air quality officials from four western U.S. states understand technical air toxics assessment techniques.

Resume of Lyle R. Chinkin

## Chronology of Education and Work Experience

- 1978 – 1979: Assistant Weather Producer, KCRA-TV Channel 3, Sacramento, CA
    - Decoded weather data and prepared in-studio weather displays for broadcast
- 1979 – 1981: Student Assistant, Meteorology Section, California Air Resources Board
    - Evaluated meteorological data
    - Analyzed isobaric pressure charts and wind flow patterns
- 1980: Weather Reporter, KDVS Radio Station, Davis, CA
    - Prepared and presented weather broadcasts for California
- 1980: Instrument Technician, Air Quality Group, University of California, Davis
    - Maintained and calibrated particulate samplers in remote areas of the western U.S.
- 1981: B.S. Atmospheric Science, *summa cum laude*, University of California at Davis
- 1981 – 1982: Air Pollution Specialist, Analysis and Projects Section, California Air Resources Board
    - Prepared comprehensive technical reports requiring computer programming and statistical analyses
    - Produced the "California Air Quality Data Report"
- 1982 – 1984: Assistant Meteorologist, Meteorology Section, California Air Resources Board
    - Conducted climatological studies relating to air pollution in California
    - Applied meteorological principles to engineering evaluations and statistical analyses
    - Developed guidelines for agricultural burning
- 1984: M.S. Atmospheric Science, University of California at Davis
- 1984 – 1989: Senior Atmospheric Scientist, Systems Applications, Inc., San Rafael, CA
    - Conducted emission inventory studies relating to air pollution in various regions of the U.S.
    - Developed software to process emission inventory data into model-ready inputs for comprehensive 3-dimensional photochemical models
- 1989 – 1992: Manager of Emissions Modeling Group, Systems Applications, Inc., San Rafael, CA
    - Managed emission inventory studies relating to air pollution throughout the U.S. and Asia
    - Conducted air quality studies for government and private industry
- 1992 – 1998: Manager of Emissions Modeling, Sonoma Technology, Inc., Petaluma, CA

- – Managed emission inventory studies relating to air pollution worldwide
- – Managed air quality studies for government and private industry
- – Managed a multi-million dollar level-of-effort contract with the U.S. Environmental Protection Agency for air quality modeling assistance
- 1998: Vice President, Sonoma Technology, Inc., Petaluma, CA
  - – Managed emissions modeling group and meteorological programs group
- 1999: Vice President and General Manager, Sonoma Technology, Inc., Petaluma, CA
  - – Managed emissions modeling group and meteorological programs group
  - – Responsible for financial oversight of company operations including financial performance (e.g., cash flow, profit and loss, backlog and overhead rates)
- 2000: Appointed to the Board of Directors, Sonoma Technology, Inc., Petaluma, CA
- 2002: Senior Vice-President, Sonoma Technology, Inc., Petaluma, CA
- 2004: Appointed to the National Research Council of the National Academy of Sciences Committee on the Effects of Changes in New Source Review Programs for Stationary Sources of Air Pollutants
- 2005: Selected as peer-reviewer for NARSTO report "Improving Emission Inventories for Effective Air Quality Management Across North America"
- 2006 – Present:  President, Sonoma Technology, Inc., Petaluma, CA

## Professional Memberships

Air & Waste Management Association
American Meteorological Society (1979-1984)
California Registered Environmental Assessor (REA-00715) (1984–1989)

## Professional Development

1982: Statistics for Decision Makers
1982: Air Pollution Enforcement Symposium, California Air Resources Board
2001: Understanding Finance and Accounting

## Peer Reviewer

U.S. Environmental Protection Agency
Journal of the Air and Waste Management Association
North American Research Strategy for Tropospheric Ozone (NARSTO)

# APPENDIX B

# LIST OF PUBLICATIONS

This appendix contains the lists of publications for Lyle R. Chinkin.

# LYLE R. CHINKIN

## Journal Articles

McCarthy M.C., Hafner H.R., Chinkin L.R., and Charrier J.G. (2007) Temporal variability of selected air toxics in the United States. Atmos. Environ., doi:10.1016/j.atmosenv.2007.1005.1037 (STI-2894).

McCarthy M.C., Eisinger D.S., Hafner H.R., Chinkin L.R., Roberts P.T., Black K.N., Clark N.N., McMurry P.H., and Winer A.M. (2006) Particulate matter: a strategic vision for transportation-related research (submitted). (STI-904750-2843).

Chinkin L.R., Coe D.L., Funk T.H., Hafner H.R., Roberts P.T., Ryan P.A., and Lawson D.R. (2003) Weekday versus weekend emissions activity patterns for ozone precursor emissions in California's South Coast Air Basin. *J. Air & Waste Manag. Assoc.* **53**, pp. 829-843 (STI-999679-2225).

Funk T.H., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., Figeroa V.H.P., and Yarbrough J. (2001) Compilation and evaluation of a Paso del Norte emission inventory. *Sci. Total Environ.* (Special Issue: U.S.-Mexico Transboundary Air Pollution Studies) **276, Nos. 1-3**, 135-151 (STI-1942).

Magliano K.L., Hughes V.M., Chinkin L.R., Coe D.L., Haste T.L., Kumar N., and Lurmann F.W. (1999) Spatial and temporal variations in $PM_{10}$ and $PM_{2.5}$ source contributions and comparison to emissions during the 1995 Integrated Monitoring Study. *Atmos. Environ.* **33**, 4757-4774.

Chinkin L.R., Chang D.P.Y., and Floccini R.G. (1986) Relationships among the coefficient of haze, scattering coefficient, and visibility during an agricultural burn season. *J. Air Pollut. Control Assoc.* **36**, 173-178.

## Meeting Presentations and Conference Proceedings

Raffuse S., Gilliland E., Sullivan D., Wheeler N., Chinkin L., Larkin S., Solomon R., Strand T., and Pace T. (2008) Development of wildland fire emission inventories with the BlueSky Smoke Modeling Framework. Presented at the 7th Annual Community Modeling and Analysis System (CMAS) Conference Chapel Hill, NC, October 7, by Sonoma Technology, Inc., Petaluma, CA; U.S. Forest Service AirFIRE Team, Seattle, WA; and U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC (STI-3457).

Larkin N.K., Strand T., Solomon R., Raffuse S., Sullivan D.C., Chinkin L., Brown T., O'Neill S., Friedl L., and Knighton R. (2008) The state of smoke tools: What we know now. Presented at the International Association of Wildland Fire, The '88 Fires: Yellowstone & Beyond, Jackson Hole, WY, September 22-27, by the U.S. Forest Service AirFire Team, Seattle, WA; Sonoma Technology, Inc., Petaluma, CA; Desert Research Institute, Reno, NV; USDA Natural Resource Conservation Service, Portland, OR; NASA, Washington, D.C.; and USDA Cooperative State Research, Education, and Extension Service, Washington, D.C.

Raffuse S.M., Sullivan D.C., Gilliland E.K., Chinkin L.R., Larkin S., Solomon R., and Pace T. (2008) Development of wildland fire emission inventories for 2003-2006 and sensitivity analyses. Presentation made at the U.S. Environmental Protection Agency's 17th International Emission Inventory Conference, Portland, OR,, June 5, by Sonoma Technology, Inc., Petaluma, CA; U.S. Forest Service AirFire Team, Seattle, WA; and U.S. Environmental Protection Agency Office of Air Quality Planning and Standards, Research Triangle Park, NC (STI-905028-3377).

Lyle R. Chinkin

Sullivan D.C., Raffuse S.M., Pryden D.A., Craig K.J., Reid S.B., Wheeler N.J.M., Chinkin L.R., Larkin N.K., Solomon R., and Strand T. (2008) Development and applications of systems for modeling emissions and smoke from fires: the BlueSky smoke modeling framework and SMARTFIRE. Paper presented at the 17th International Emissions Inventory Conference, Portland, OR, June 5, by Sonoma Technology, Inc., Petaluma, CA, and the U.S. Forest Service, Seattle, WA (STI-3378).

Wheeler N.J.M., Craig K.J., Reid S.B., Gilliland E.K., Sullivan D.C., and Chinkin L.R. (2008) The BlueSky Gateway air quality forecast system for fire management. Presented at the BlueSky Smoke Modeling Framework Stakeholders' Meeting, Boise, ID, May 20-22 (STI-905028-3367).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Pryden D.A., Wheeler N.J.M., Larkin N.K., Solomon R., and Soja A. (2007) Integration and reconciliation of satellite-detected and incident command-reported wildfire information in the BlueSky smoke modeling framework. Presented at the 6th Annual CMAS Conference, Chapel Hill, NC, October 1-3, by Sonoma Technology, Inc., Petaluma, CA, the U.S. Forest Service AirFire Team, Seattle, WA, and the National Institute of Aerospace, Hampton, VA (STI-3227).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin N.K., Solomon R., and Soja A. (2007) Integration of satellite-detected and incident command-reported wildfire information into BlueSky. Paper No. 205 presented at the Air & Waste Management Association's 100th Annual Conference & Exhibition, Pittsburgh, PA, June 26-29 (STI-3127).

Reid S.B., Chinkin L.R., Penfold B.M., and Gilliland E.K. (2007) Emissions inventory validation and improvement:  a Central California case study. Conference paper prepared for the U.S. Environmental Protection Agency's 16th Annual Emission Inventory Conference, Raleigh, NC, May 14-17, by Sonoma Technology, Inc., Petaluma, CA (STI-3109).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin S., Solomon R., and Soja A. (2007) Integration of satellite detected and incident command reported wildfire information into BlueSky. Presented at the BlueSky Annual Meeting, Winthrop, WA, May 22, by Sonoma Technology, Inc., Petaluma, CA, U.S. Forest Service AirFire Team, Seattle, WA, and the National Institute of Aerospace, Hampton, VA (STI-3086).

Chinkin L. and Reid S. (2006) Improvements to the spatial and temporal representativeness of modeling emission estimates. Presentation to the CCOS Technical Committee, Sacramento, CA, STI-906036.01-2995, July 6.

Reid S.B., Brown S.G., McCarthy M.C., and Chinkin L.R. (2006) Comparison of ambient measurements to emissions representations for modeling in California's San Joaquin Valley. Presented to the *U.S. Environmental Protection Agency's 15th Annual Emission Inventory Conference, New Orleans, LA, May 18*, by Sonoma Technology, Inc., Petaluma, CA (STI-2944).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin S., and Solomon R. (2006) Expanding BlueSkyRAINS to support emission inventory preparation. Presented at the *U.S. Environmental Protection Agency's 15th Annual Emission Inventory Conference, New Orleans, LA, May 17*, by Sonoma Technology, Inc., Petaluma, CA, and U.S. Department of Agriculture, Forest Service, Seattle, WA (STI-2950).

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2006) National, regional, between-city, and within-city spatial variability in air toxics. Presented at the *AWMA Symposium on Air Quality Measurement Methods and Technology, Durham, NC, May 9*, by Sonoma Technology, Inc., Petaluma, CA (STI-2884).

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2006) Temporal trends in air toxics. Presented at the *AWMA Symposium on Air Quality Measurement Methods and Technology, Durham, NC, May 9*, by Sonoma Technology, Inc., Petaluma, CA (STI-2885).

Chinkin L.R. (2005) Comparison of ambient measurements to emissions representations in modeling. Presentation at the California Air Resources Board, CCOS Technical Committee, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044-2838, October.

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2005) National air toxics assessments: lessons learned in quantifying ambient air toxics temporal and spatial trends. Presented at the *2005 Air Toxics Summit, Seeking Solutions for our Rural and Urban Communities, Portland, OR, October 18-19* by Sonoma Technology, Inc., Petaluma, CA (STI-905102-2756).

McCarthy M.C., Hafner H.R., Chinkin L.R., Cozzo E.M., Raffuse S.M., and Gray E.A. (2005) Air toxics monitoring data analysis workshop. Presentation prepared for the U.S. Environmental Protection Agency, Raleigh, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-905102-2799, September.

Wheeler N.J., Chinkin L.R., Reid S.B., Gross T., Hawkins A., Watson D., Vit W., Mefrakis R., and Joerke J. (2005) Regional photochemical modeling for the Kansas City Clean Air Action Plan: what it tells us about the challenges ahead for 8-hr ozone nonattainment areas. Presented at the *4th Annual CMAS Models-3 User's Conference, Chapel Hill, NC, September 26-28,* by Sonoma Technology, Inc., Petaluma, CA; Missouri Department of Natural Resources, Jefferson City, MO; Mid-America Regional Council, Kansas City, MO (STI-2800).

Raffuse S.M., Brown S.G., Sullivan D.C., and Chinkin L.R. (2005) Estimating regional contributions to atmospheric haze. Presented at the *2005 ESRI International User Conference, San Diego, CA, July 26* (STI-2649).

Raffuse S.M., Sullivan D.C., and Chinkin L.R. (2005) Emission impact potential - a method for relating upwind emissions to ambient pollutant concentrations. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2715, STI-2722).

Reid S.B., Sullivan D.C., Stiefer P.S., and Chinkin L.R. (2005) Development of emission inventories of recreational boats and commercial marine vessels for the Central States Regional Air Planning Association. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2714, STI-2721).

Sullivan D.C., Reid S.B., Penfold B.M., and Chinkin L.R. (2005) Development of agricultural dust emission inventories for the Central States Regional Air Planning Association. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2713, STI-2720).

Sullivan D.C., Reid S.B., Stiefer P.S., Funk T.H., and Chinkin L.R. (2005) On-road mobile source emission inventory development for the Central States Regional Air Planning Association. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2712, STI-2719).

Reid S.B., Funk T.H., Sullivan D.C., Stiefer P.S., Arkinson H.L., Brown S.G., and Chinkin L.R. (2004) Research and development of emission inventories for planned burning activities for the Central States Regional Air Planning Association. Paper for the *13th International Emission Inventory Conference "Working for Clean Air in Clearwater", Clearwater, FL, June 8-10* (STI-2515).

Wheeler N.J.M., Lurmann F.W., Hafner H.R., Chinkin L.R., Sullivan D.C., and Roberts P.T. (2004) Changing roles of oxides of nitrogen as precursors in photochemistry. Presentation at the *Annual Meeting of the West Coast Section, Air & Waste Management Association, Ventura, CA, May 13,* STI-2539.

Bahm K.E., Chinkin L.R., Sullivan D.C., and Broaders K.E. (2004) Task 4.3: detecting source activities and reconciling ambient measurement variations with field observations. Presented to *California Regional PM$_{10}$/PM$_{2.5}$ Air Quality Study (CRPAQS) Data Analysis Workshop, Sacramento, CA, March 9-10* by Sonoma Technology, Inc., Petaluma, CA (STI-902328-2501).

Lyle R. Chinkin

Coe D.L., Chinkin L.R., Reid S.B., and Stiefer P.S. (2003) Weekday-weekend emissions patterns for southern California: observations and implications. Presented at the *NARSTO Workshop on Innovative Methods for Emission-Inventory Development and Evaluation, University of Texas at Austin, October 14-17* (STI-2421).

Chinkin L.R., Coe D.L., Hafner H.R., and Tamura T.M. (2003) Air Toxics Emission Inventory Training Workshop. Sponsored by the U.S. Environmental Protection Agency, Region IX, Richmond, CA. Prepared by Sonoma Technology, Inc., Petaluma, CA, 903320-2398, July 15-16.

Coe D.L., Gorin C.A., Chinkin L.R., and Reid S.B. (2003) Observations of weekday-weekend activity patterns for area sources in the Los Angeles area. Paper and presentation prepared for and presented at the U.S. Environmental Protection Agency, *12th International Emission Inventory Conference "Emission Inventories - Applying New Technologies", San Diego, CA, April 28 - May 1* (STI-2278).

Coe D. L., Chinkin L.R., Stiefer, P.S., and Funk T.H. (2003) Observations of weekday-weekend activity patterns for on-road mobile sources in the Los Angeles area. Presented at the *13th Annual Coordinating Research Council (CRC) On-Road Vehicle Emissions Workshop, San Diego, CA, April 7-9, 2003* (STI-2277).

Chinkin L.R. and Ryan P.A. (2002) Recommended improvements to the CMU Ammonia Emission Inventory Model for use by LADCO. Paper prepared for and presented at the Midwest RPO Emissions Inventory Meeting, Des Plaines, IL, November 20, by Sonoma Technology, Inc., Petaluma, CA (STI-902350-2280).

Chinkin L.R., MacDonald C.P., Funk T.H., Crews J.M., Dye T.S., and Wheeler N.J.M. (2002) Preliminary assessment of ozone air quality in the Minneapolis/St. Paul region. Presented at the Minnesota Environmental Initiative Clean Air Minnesota Rollout, St. Paul, MN, October 30, STI-901104-901105-2242.

Coe D.L., Gorin C.A., and Chinkin L.R. (2002) Emission inventories of OCS production and development activities in the Gulf of Mexico. Presentation at U.S. Department of Interior, Minerals Management Service, New Orleans, LA, September (STI-998203-2262).

Wheeler N., Lurmann F., Chinkin L., LeBaron B., Barickman P., Eden J., and Cruickshank T. (2002) Wintertime particulate matter modeling issues in the western United States. Presented at *Coordinating Research Council (CRC) Toxics Modeling Conference, The Woodlands, TX, February 27* (STI-2159).

Chinkin L.R. and Coe D.L. (2002) ARB weekday and weekend emissions studies of the 2002 ozone season. Presented to the California Air Resources Board Weekend Effect Work Group Meeting, Sacramento, CA, February 20, STI-901150-2157.

Wheeler N.J.M., Lurmann F.W., Ryan P.A., Roney J.A., Roberts P.T., MacDonald C.P., Chinkin L.R., Coe D.L., Hanna S., Seaman N., Hunter G., and Scalfano D. (2001) The $SO_2$ and $NO_2$ Increment Analysis for the Breton National Wilderness Area. Presented for the Minerals Management Service and Scientific Review Board, New Orleans, LA, December 13, STI-901369-2135.

Coe D.L., Ryan P.A., Funk T.H., and Chinkin L.R. (2001) DOE/OHVT weekday-weekend study: emissions activity results. Presented at the Weekday/Weekend Effect Workgroup, California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999677-2124, October 23.

Funk T.H., Coe D.L., and Chinkin L.R. (2001) Weekday versus weekend mobile source emissions activity patterns in California's South Coast Air Basin. Paper presented at the *International Emission Inventory Conference, Denver, CO, April 30 to May 3* (STI-2065).

Funk T.H. and Chinkin L.R. (2001) Using GIS technology for emission inventory and air quality applications. Presented at the *SCOS97-NARSTO Data Analysis Conference, February 13-15*, STI-2059.

Funk T.H. and Chinkin L.R. (2001) Development of spatial allocation factors for the SCOS97 domain. Presented at the *SCOS97-NARSTO Data Analysis Conference, February 13-15* (STI-2053).

Lyle R. Chinkin

Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2000) Weekday/weekend ozone observations in the South Coast Air Basin. Presented to California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-999670-1966, April 13.

Funk T.H. and Chinkin L.R. (1999) The use of PAMS data to evaluate emission inventory estimates in California. Preprints in *Emission Inventory Regional Strategies for the Future, Raleigh, NC, October 26-28*, Air & Waste Management Association, Pittsburgh, PA (STI 1876).

Haste T.L., Kumar N., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., and Yarbrough J. (1999) Compilation and evaluation of a Paso del Norte emission inventory for use in photochemical dispersion modeling. Paper no. 99-190 presented at the *Air & Waste Management Association 92nd Annual Meeting & Exhibition, St. Louis, MO, June 20-24* (STI 1862).

Chinkin L.R., Haste T.L., Coe D.L., Puri A.K., Hall J.V., and Levy S. (1998) Emission inventory projection project. Presented at *Air & Waste Management Association's Emission Inventory: Living in a Global Environment, New Orleans, LA, December 8-10* (STI 1840).

Haste T.L., Kumar N., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., Figueroa V.H.P., and Yarbrough J. (1998) Compilation and evaluation of a Paso del Norte emission inventory for use in photochemical dispersion modeling. Presented at the *Air & Waste Management Association's Emission Inventory: Living in a Global Environment, New Orleans, LA, December 8-10* (STI 1839).

Wilkinson J.G., Chinkin L.R., Coe D.L., Fitz D., Loomis C.F., Magliano K., Pankratz D., Ringler E., Waldron T., and Zwicker J. (1998) A model to estimate temporally resolved ammonia emissions at a dairy. *91st Annual Air & Waste Management Association Meeting & Exhibition, San Diego, CA, June 14-18*.

Chinkin L.R., Main H.H., Reiss R., Roberts P.T., and Romonow S. (1998) Analysis of PAMS data to evaluate reformulated gasoline effects. Presented at the *8th Coordinating Research Council (CRC) On-Road Vehicle Emissions Workshop, San Diego, CA, April 20-23*.

Coe D.L. and Chinkin L.R. (1998) The use of a day-specific source activity database to augment CMB source apportionment modeling. Paper presented at the *Air & Waste Management Association PM$_{2.5}$ Conference, Long Beach, CA, January 28-30* (STI-1789).

Haste T.L., Chinkin L.R., Kumar N., Lurmann F.W., and Hurwitt S.B. (1998) Use of ambient data to evaluate a regional emission inventory for the San Joaquin Valley. Paper and presentation at *PM$_{2.5}$ A Fine Particle Standard, Long Beach, CA, sponsored by Air & Waste Management Association, the U.S. Environmental Protection Agency, and the U.S. Department of Energy, January 28-30* (STI-997211-1806, STI-997211-1794).

Richards L.W., Main H.H., Hurwitt S.B., and Chinkin L.R. (1998) 1995 Integrated Monitoring Study: comparison of light scattering measurements during winter months in the San Joaquin Valley. Presented at *PM$_{2.5}$ A Fine Particle Standard, Long Beach, CA, sponsored by Air & Waste Management Association, the U.S. Environmental Protection Agency, and the U.S. Department of Energy, January 28-30* (STI-997216-1803).

Main H.H., Roberts P.T., Reiss R., and Chinkin L.R. (1998) Analysis of PAMS data to evaluate reformulated gasoline effects. Paper prepared for presentation at the *Air and Waste Management Association 1998 Annual Meeting and Exhibition, San Diego, CA, June 14-18*.

Chinkin L. and Haste T.L. (1997) Use of PAMS data to evaluate an emission inventory test case: Southeast Texas. Paper presented at the *Air & Waste Management Association Emission Inventory: Planning for the Future Conference, Research Triangle Park, NC, October 28-30* (STI 1760).

Coe D., Chinkin L., Loomis C., Wilkinson J., Fitz J., and Pankratz D. (1997) Improvements to the ammonia emission inventory and demonstration of ammonia measurement techniques for California's San Joaquin Valley. Paper presented at the *Air & Waste Management Association Emission Inventory: Planning for the Future Conference, Research Triangle Park, NC, October 28-30* (STI 1761).

Chinkin L., Prouty J., Coe D., and Martino P.A. (1997) Development of an E&P emissions calculation tool. Paper No. SPE 37913 presented at the *1997 SPE/EPA Exploration and Production Environmental Conference, Dallas, TX, March 3-5* (STI-1707).

Reiss R. and Chinkin L. (1996) Ozone exceedance data analysis: representativeness of the 1995 summer ozone season in the Northeast. Paper presented at the *First NARSTO-Northeast Data Analysis Symposium and Workshop, Norfolk, VA, December 10-12*.

Chinkin L.R., Stoelting M.W., and Haste T. (1996) Development of a gridded leaf biomass inventory for use in estimating biogenic emissions for urban airshed modeling. Paper presented at the *Air & Waste Management Association Emission Inventory: Key to Planning, Permits, Compliance & Reporting Conference, New Orleans, LA, September 4-6* (STI-1596).

Coe D., Chinkin L., Reiss R., DiSogra C., and Hammerstrom K. (1996) An emission inventory of agricultural internal combustion engines for California's San Joaquin Valley. Paper presented at the *Air & Waste Management Association Emission Inventory: Key to Planning, Permits, Compliance & Reporting Conference, New Orleans, LA, September 4-6* (STI-1597).

Stoeckenius T.E., Roberts P.T., and Chinkin L.R. (1996) Development of an objective classification procedure for meteorological scenarios associated with high ozone concentrations in and around the San Francisco Bay area. Presented at the *Air & Waste Management Association 89th Annual Meeting, Nashville, TN, June 23-28*.

Main H.H., Chinkin L.R., and Roberts P.T. (1996) Analysis of VOC data in support of pollutant transport studies in Shasta County, California. In *Measurement of Toxic and Related Air Pollutants. Proceedings of an Air & Waste Management/U.S. Environmental Protection Agency International Specialty Conference, Raleigh-Durham, NC, May 7-9*, Air & Waste Management, Pittsburgh, PA, (STI-1581), pp. 67-74.

Heiken J., Austin B., Pollack A., Coe D., Eisinger D., and Chinkin L. (1996) Estimation of local fleet characteristics and activity data for improved emission inventory development. Presented at the *6th Coordinating Research Council On-Road Vehicle Emissions Workshop, San Diego, CA, March 18-20*.

Chinkin L.R., Main H.H., Rocke D.M., and Chang D.P.Y. (1995) Development of improved temporal, spatial and temperature algorithms for use in emissions modeling: a work plan. Paper presented at the *Air & Waste Management Association Emission Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1542).

Chinkin L.R., Ryan P.A., and Reiss R. (1995) A critical evaluation of biogenic emission systems for photochemical grid modeling in California. Paper presented at the *Air & Waste Management Association Emissions Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1541).

Korc M.E., Jones C.M., and Chinkin L.R. (1995) Use of PAMS data to evaluate the Texas COAST emission inventory (preliminary results). Presented at the *Air & Waste Management Association Emission Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1566).

Blanchard C.L., Roberts P.T., Chinkin L.R., and Roth P.M. (1995) Application of smog production (SP) algorithms to the Coastal Oxidant Assessment for Southeast Texas (COAST) data. Paper No. 95-TP15.04 presented at the *Air & Waste Management Association 88th Annual Meeting & Exhibition, San Antonio, TX, June 18-23*.

Chinkin L.R., Main H.H., Collins J.F., and Young J.R. (1995) Long-term trends in precipitation chemistry in southern California. Paper presented at the *Air & Waste Management Association Acid Rain & Electric Utilities: Permits, Allowances, Monitoring & Meteorology Conference, Tempe, AZ, January 23-25* (STI-1500).

Chinkin L.R., Korc M.E., and Janssen M. (1994) Comparison of emission inventory and ambient concentration ratios of NMOC, NOₓ, and CO in the Lake Michigan air quality region. Paper presented at the *Air & Waste Management Association Emission Inventory Application and Improvement Conference, Raleigh, NC, November 1-3* (STI-1434).

Lyle R. Chinkin

Korc M.E., Roberts P.T., Chinkin L.R., Lurmann F.W., and Main H.H. (1994) Reconciliation of emission inventory and ambient data for three major regional air quality studies. In *Transactions, Air & Waste Management Association Regional Photochemical Measurement and Modeling Studies Conference, San Diego, CA, November 8-12, 1993*, Air & Waste Management Association, Pittsburgh, PA, (STI-1405).

Seigneur C., Chinkin L.R., Morris R.E., and Kessler R.C. (1994) Conceptual plan for air quality and meteorological modeling in the San Joaquin Valley. In *Planning and Managing Regional Air Quality Modeling and Measurement Studies: A Perspective Through the San Joaquin Valley Air Quality Study and AUSPEX*, P.A. Solomon and T.A. Silver eds., CRC Press, Inc., Boca Raton, FL, 79-106.

Chinkin L.R, Korc M.E., Roberts P.T., Lurmann F.W., and Main H.H. (1993) Reconciliation of emission inventory and ambient data: current state of knowledge and implications for emission inventory preparation. Paper presented at the *Air & Waste Management Association The Emission Inventory: Perception and Reality Conference*, Pasadena, CA, October 18-20.

Reynolds S.D., Tesche T.W., Dye T., Roberts P., Franzon D.E., Chinkin L.R., and Reid S.B. (1993) Assessment of planned northeast ozone transport region modeling activities. Paper No. 93-WA-69A.01 presented at the *Air & Waste Management Association 86th Annual Meeting*, Denver, CO, June 14-18.

Roberts P.T., Korc M.E., Main H.H., Chinkin L.R., and Lurmann F.W. (1993) Reconciliation of emission inventory and ambient data in the Lake Michigan Air Quality Region. Paper No. 93-WP-100.05 presented at the *Air & Waste Management Association 86th Annual Meeting*, Denver, CO, June 14-18.

Stoeckenius T.E. and Chinkin L.R. (1991) An analysis of historical air quality and emission trends in the Los Angeles Basin. Paper presented at the *Air & Waste Management Association Conference on Tropospheric Ozone and the Environment II: Effects, Modeling and Control*, Atlanta, GA, November 4-7.

Chinkin L.R., Causley M.C., Gardner L., and Baldrige E. (1991) Advancements in computerized tools for preparing emission inputs for air quality models. Paper presented at *Air & Waste Management Association Emissions Inventory Specialty Conference*, Durham, NC, September 9-12.

Chinkin L.R. and Magliano K.L. (1991) San Joaquin Valley Air Quality Study Technical Support Study Number 5, emission inventory assessment. Paper presented at the *Air & Waste Management Association 84th Annual Meeting*, Vancouver, BC, June 16-21.

Chinkin L.R. and Smylie G.M. (1991) The Clean Air Act Amendments of 1990: implications for industry. Paper prepared for the *Air & Waste Management Association Conference: Emission Inventory Issues in the 1990s*, Durham, NC, September 9-12.

Chinkin L.R., Smylie G.M., and Souten D.R. (1991) Assessing the effects of reformulated gasoline on air quality. Paper no. 91-107.5 presented at the *Air & Waste Management Association 84th Annual Meeting*, Vancouver, BC, June 16-21.

Dickson R. and Chinkin L.R. (1990) High resolution inventories: current status and future areas of enhancement. Paper presented at the *Air & Waste Management Association 83rd Annual Meeting*, Pittsburgh, PA, June 24-29.

Morris R. and Chinkin L.R. (1989) Use of the urban airshed model to assess the effects of ethanol-blended fuels on ozone concentrations in New York and St. Louis. Paper no. 89-7.7 presented at the *Air & Waste Management Association 82nd Annual Meeting*, Anaheim, CA, June 25-30.

Chinkin L.R., Pollack A.K., and Austin B.S. (1988) Characterization of visibility trends in ten U.S. cities. Paper presented at the *Air Pollution Control Association 81st Annual Meeting*, Dallas, TX, June 19-24.

Chinkin L.R., Latimer D.A., and Hogo H. (1986) Layered haze observed at Bryce Canyon National Park: a statistical evaluation of the phenomenon. In *Transactions of the Air Pollution Control Association International Specialty Conference on Visibility Protection: Research and Policy Aspects*, Grand Teton National Park, WY.

## Book Chapter

Magliano K.L. and Chinkin L.R. (1994) Emissions inventory planning and development. In *Planning and Managing Regional Air Quality Modeling and Measurement Studies: A Perspective Through the San Joaquin Valley Air Quality Study and AUSPEX*, Solomon P.A. and Silver T.A., eds., CRC Press, Inc., Boca Raton, FL, pp. 545-560.

## Formal Reports

Funk T.H., Raffuse S.M., Chinkin L.R., and Rauscher H.M. (2009) The development of an Interagency Fuels Treatment Decision Support System. Presentation made to the Joint Fire Science Program, The National Interagency Fuels Coordination Group, Boise, ID by Sonoma Technology, Inc., Petaluma, CA, and the Joint Fire Science Program, Boise, ID, STI-908038-3587, March 31.

Funk T.H., Rauscher M., Raffuse S.M., and Chinkin L.R. (2008) Findings of the current practices and needs assessment for the Interagency Fuels Treatment Decision Support System (IFT-DSS) project. Technical memorandum prepared for the Interagency Fuels Treatment Work Group (IFTWG), by Sonoma Technology, Inc., Petaluma, CA, and the Air Fire Science Team, Seattle, WA, STI-908038.01-3504, December.

Reid S.B., Chinkin L.R., McCarthy M.C., Raffuse S.M., and Brown S.G. (2008) A comparison of ambient measurements to emissions representations for modeling to support the Central California Ozone Study (CCOS). Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.13-3144-FR, October.

Sullivan D.C., Eisinger D.S., Chinkin L.R., Kear T., and Damkowitch J. (2006) Status of investigations into EMFAC2007's estimates of vehicle-miles of travel (VMT) and vehicle fleet population estimates for the South Coast Air Basin (SoCAB). Technical memorandum prepared for the South Coast Air Quality Management District, Diamond Bar, CA, Sonoma Technology, Inc., Petaluma, CA, and Dowling Associates, Sacramento, CA, STI-906065-3105-TM, December.

Reid S.B., Penfold B.M., and Chinkin L.R. (2006) Emission inventory for the Central California Ozone Study (CCOS) - review of spatial variations of area, non-road mobile, and point sources of emissions. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-906036-3057-TM, November.

Chinkin L.R., Wheeler N.J.M., and Miller D.S. (2006) Final validation of Central California Ozone Study (CCOS) field data. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, Fresno, CA, and the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905003.07-2851-FR2, March.

Chinkin L.R. (2005) Air quality site selection. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.02-2866-TM2, December.

Chinkin L.R. (2005) CCOS Task 3 - comparison of ambient measurements to emissions representations for modeling. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.03-2860-TM2, December.

Lyle R. Chinkin

McCarthy M.C., Eisinger D.S., Hafner H.R., Tamura T.M., Chinkin L.R., Roberts P.T., Clark N., McMurry P.H., and Winer A. (2005) Strategic plan for particulate matter research: 2005-2010. Final report prepared for the Federal Highway Administration, Office of Natural Environment, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA; West Virginia University, Department of Mechanical and Aerospace Engineering, Morgantown, WV; University of Minnesota, Particle Technology Lab, Minneapolis, MN; and University of California, Los Angeles, School of Public Health, Environmental Science & Engineering, Los Angeles, CA, STI-904750.06-2770-FR, November.

Chinkin L.R., Penfold B.M., Brown S.G., and Hafner H.R. (2005) Emission inventory evaluation and reconciliation in the South Coast Air Basin. Final report prepared for South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-904045-2728-FR, August.

Miller D.S. and Chinkin L.R. (2005) Revised summary of data missing in the CCOS subset of the CCAQS database. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905003-2749-TM2, August.

Raffuse S.M. and Chinkin L.R. (2005) Emission inventory reconciliation in the CRPAQS study area. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902327-2751-FR, July.

Bahm K.E., Sullivan D.C., Chinkin L.R., and Broaders K.E. (2004) Detecting source activities and reconciling ambient measurement variations with field observations. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902328-2579-TM, July.

Coe D.L., Reid S.B., Stiefer P.S., Penfold B.M., Funk T.H., and Chinkin L.R. (2004) Collection and analysis of weekend/weekday emissions activity data in the South Coast Air Basin. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-901140/901150-2477-FR; ARB Contract Nos. 00-305 and 00-313, May.

Chinkin L.R., Tamura T.M., Eisinger D.S., Gorin C.A., Miller D.S., Coe D.L., MacDonald C.P., and Wheeler N.J.M. (2003) Preliminary assessment of ozone and PM air quality issues in Central Ohio. Final report prepared for Mid-Ohio Regional Planning Commission, Columbus, OH, by Sonoma Technology, Inc., Petaluma, CA, STI-902900-2377-FR, June.

Chinkin L.R., Ryan P.A., and Coe D.L. (2003) Recommended improvements to the CMU Ammonia Emission Inventory Model for use by LADCO. Revised final report prepared for Lake Michigan Air Directors Consortium (LADCO), Des Plaines, IL, by Sonoma Technology, Inc., Petaluma, CA, STI-902350-2249-FR2, March.

Funk T.H., Chinkin L.R., Ryan P.A., and Penfold B.M. (2003) Top-down evaluation of urban area and mobile source $SO_2$, CO, and $NO_x$ emission estimates in the 1996 National Emission Inventory. Final report prepared for EPRI, Palo Alto, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902190-2279-FR, March.

Coe D.L., Gorin C.A., Chinkin L.R., Yocke M., and Scalfano D. (2003) Emission inventories of OCS production and development activities in the Gulf of Mexico. Final report prepared for Minerals Management Service, New Orleans, LA by Sonoma Technology, Inc., Petaluma, CA, ENVIRON International, Inc., Novato, CA, and Northlake Engineers and Surveyors, Inc., Mandeville, LA, STI-998203-2229-FR2, February.

Chinkin L., Crews J.M., MacDonald C.P., Funk T.H., Wheeler N.J.M., and Dye T.S. (2002) Preliminary assessment of ozone air quality issues in the Minneapolis/St. Paul region. Report prepared for the Minnesota Pollution Control Agency, St. Paul, MN, by Sonoma Technology, Inc., Petaluma, CA, 901104/901105-2239-RFR2, October.

Chinkin L.R. and Coe D.L. (2002) Ground truth verification of emissions in the Houston ship channel area. Prepared for the Texas Natural Resources Conservation Commission, Austin, TX, by

Sonoma Technology, Inc., Petaluma, CA, STI-900650-2161-RFR, August.

Chinkin L.R., Main H.H., and Roberts P.T. (2002) Weekday/weekend ozone observations in the South Coast Air Basin volume III: analysis of summer 2000 field measurements and supporting data. Final report prepared for National Renewable Energy Laboratory, Golden, CO, by Sonoma Technology, Inc., Petaluma, CA, STI-999670-2124-FR, April.

Chinkin L.R., Funk T.H., and Wheeler N.J.M. (2001) Emission inventory processing issues. Technical memorandum prepared for the Utah Department of Air Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Petaluma, CA, STI-900031-2129-TM, November.

Chinkin L.R., Gorin C.A., and Funk T.H. (2001) Revised temporal allocation factors for area and off-road emissions sources. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201-2120-TM, September.

Funk T.H., Stiefer P.S., and Chinkin L.R. (2001) Development of gridded spatial allocation factors for the State of California. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201/999542-2092-TM, July.

Coe D.L., Chinkin L.R., and Prouty J.D. (2001) Exploration and Production Emission Calculator II (EPEC II). User's guide and software prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-901030-1910-UG3, June.

Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2001) Weekday/weekend ozone observations in the South Coast Air Basin: retrospective analysis of ambient and emissions data and refinement of study hypotheses. Report prepared for the National Renewable Energy Laboratory, Golden, CO, by Sonoma Technology, Inc., Petaluma, CA, STI-999670-1961-FR, January.

Funk T.H. and Chinkin L.R. (2001) Spatial allocation factors for area and non-road mobile sources. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201/999543-2049-TM, January.

Coe D.L., Ladner D.J., Prouty J.D., Chinkin L.R., Yocke M., and Scalfano D. (2000) User's guide for the Breton Offshore Activities Data System (BOADS) for Air Quality. User's guide and software prepared for Minerals Management Service, New Orleans, LA, by Sonoma Technology, Inc., Petaluma, CA, ENVIRON, International, Inc., Novato, CA, and Northlake Engineers and Surveyors, Inc., Mandeville, LA, OCS Study, MMS 2000-2001 (STI-998202-1867-UG3) December.

Fujita E.M., Stockwell W., Keislar R.E., Campbell D.E., Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2000) Weekend/weekday ozone observations in the South Coast Air Basin: retrospective analysis of ambient and emissions data and refinement of hypotheses, Volume I - Executive Summary. Prepared for National Renewable Energy Laboratory, Golden, CO, by Desert Research Institute, Reno, NV, and Sonoma Technology, Inc., Petaluma, CA, December.

Chinkin L.R., Funk T.H., Main H.H., and Roberts P.T. (2000) PAMS data analysis for southern California. Volume VI: Use of PAMS data to evaluate a South Coast Air Basin emission inventory. Report prepared for South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997528-1916-FR, November.

Coe D.L., Chinkin L.R., and Ryan P.A. (2000) Identification of selected agricultural practices that reduce $PM_{10}$ emissions within the San Joaquin Valley. Report prepared for San Joaquin Valley Unified Air Pollution Control District, Fresno, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999681-1978-FR, August.

Funk T.H. and Chinkin L.R. (2000) Technical memorandum: evaluation of Atlanta emission inventory using the EMS-95 PAMS analysis tool developed by LADCO. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Petaluma, CA, STI-999443-1989-FR, June.

Coe D.L., Ryan P.A., and Chinkin L.R. (2000) Data Analysis for the SJVUAPCD: Identification of selected agricultural practices that reduce $PM_{10}$ emissions within the San Joaquin Valley. Technical memorandum prepared for the San Joaquin Valley Unified Air Pollution Control District, Fresno, CA, by Sonoma Technology, Inc, Petaluma, CA, STI-999681-1978-TM, May.

Coe D.L., Chinkin L.R., Ryan P.A., and Garver P. (2000) Conceptual model of important sources of particulate matter in the Salt Lake City region. Scoping study prepared for the State of Utah Department of Environmental Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Petaluma, CA, STI-900031-1965-DSS2, April.

Coe D.L., Chinkin L.R., Funk T.H., Prouty J.D., and Ray S.E. (2000) Work plan for the California Regional $PM_{10}/PM_{2.5}$ Air Quality Study: development of emissions activity data in support of CRPAQS annual and episodic field studies. Draft work plan prepared for the San Joaquin Valleywide Air Pollution Study Agency c/o California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999540-1955-DWP, March.

Roberts P.T., Alcorn S.H., Anderson C.B., Funk T.H., Chinkin L.R., and Main H.H. (2000) Northeast Gulf of Mexico ozone scoping study. Report prepared for Louisiana Mid-Continent Oil and Gas Association, Baton Rouge, LA, by Sonoma Technology, Inc., Petaluma, CA, STI-999400-1930-FR, February.

Lurmann F.W., Hall J.V., Kleinman M., Chinkin L.R., Brajer V., Meacher D., Mummery F., Arndt R.L., Funk T.H., Alcorn S.H., and Kumar N. (1999) Assessment of the health benefits of improving air quality in Houston, TX. Prepared for the City of Houston, TX, by Sonoma Technology, Inc., Petaluma, CA, California State University, Fullerton, CA, and University of California, Irvine, CA, STI-998460-1875-FR, November.

Coe D.L., Main H.H., and Chinkin L.R. (1999) A review of current emission estimating techniques for petroleum refinery cooling towers and flares. Report prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-998540-1895-FR2, October.

Main H.H., Chinkin L.R., Chamberlin A.H., and Hyslop N.M. (1999) PAMS data analysis for southern California. Volume I: characteristics of hydrocarbon data collected in the South Coast Air Quality Management District from 1994 to 1997. Report prepared for the South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997521-1899-DFR, September.

Richards L.W., Eisinger D.S., Fujita E., Chinkin L.R., Higgins T., Pierson W., and Rogers F. (1999) The Urban Brown Cloud in Maricopa County: description and potential control measures. Revised first draft final report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Petaluma, CA, STI-996346-1900-RDFR1, September.

Alcorn S.H., Arndt R.L., and Chinkin L.R. (1999) Hysplit interactive and batchmode user's guide. Prepared for Texas Natural Resource Conservation Commission, Austin, TX, by Sonoma Technology, Inc., Petaluma, CA, STI-999170-1904, August.

Haste T.L. and Chinkin L.R. (1999) Analysis of PAMS data in California Volume II: the use of PAMS data to evaluate regional emission inventories in California. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-998392-1884-FR, May.

Lyle R. Chinkin

MacDonald C.P., Chinkin L.R., Dye T.S., and Anderson C.B. (1999) Analysis of PAMS data in California volume I: the use of PAMS radar profiler and RASS data to understand the meteorological processes that influence air quality in selected regions of California. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-998391-1888-FR, May.

Chinkin L.R., Main H.H., Anderson C.B., Coe D.L., Haste T.L., Hurwitt S., and Kumar N. (1999) Study of air quality conditions including ozone formation, emission inventory evaluation, and mitigation measures for Crittenden County, Arkansas. Report prepared for the Arkansas Department of Pollution Control and Ecology, Little Rock, AR, by Sonoma Technology, Inc., Petaluma, CA, STI-998310-1837-FR, March.

Chinkin L.R., Main H.H., Hurwitt S., Haste T.L., Coe D.L., and Kumar N. (1998) A study of air quality conditions including emissions inventory, ozone formation, $PM_{10}$ generation, and mitigation measures for Mendocino County, California. Report prepared for the Mendocino County Air Quality Management District, Ukiah, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-998080-1816-FR, November.

MacDonald C.P., Roberts P.T., Main H.H., Kumar N., Haste T.L., Chinkin L.R., and Lurmann F.W. (1998) Analysis of meteorological and air quality data for North Carolina in support of modeling. Report prepared for North Carolina Department of Environment and Natural Resources, Division of Air Quality, Raleigh, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-997420-1818-DFR, October.

Haste T.L., Kumar N., Chinkin L.R., and Roberts P.T. (1998) Compilation and evaluation of a gridded emission inventory for the Paso del Norte area. Report prepared for the U.S. Environmental Protection Agency, Air Quality Analysis Section, Dallas, TX, by Sonoma Technology, Inc., Petaluma, CA, STI-998110-1828-FR, September.

Coe D.L. and Chinkin L.R. (1998) Emission source activity detection: analysis of CMB model results and daily activity data for IMS95. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997212-1775-FR, July.

Dye T.S., Kwiatkowski J.J., MacDonald C.P., Ray S.E., Chinkin L.R., and Lindsey C.G. (1998) Measurement methods validation: adequacy and validation of meteorological measurements aloft during IMS95. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997218-1766-FR, July.

Haste T.L., Chinkin L.R., Kumar N., Lurmann F.W., and Hurwitt S.B. (1998) Use of ambient data collected during IMS95 to evaluate a regional emission inventory for the San Joaquin Valley. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997211-1800-FR, July.

Main H.H., Richards L.W., Hurwitt S.B., and Chinkin L.R. (1998) Characterization of the spatial and temporal patterns of visibility in the San Joaquin Valley during IMS95. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997217-1778-FR, July.

Richards L.W., Hurwitt S.B., Main H.H., and Chinkin L.R. (1998) Characterization of the validity of light-scattering measurements during the 1995 Integrated Monitoring Study. Report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997216-1796-FR, July.

Smith A., Richards L.W., Roberts P.T., Chinkin L.R., Kumar N., Stoeckenius T., Gray H.A., and Emery C. (1998) Assessment of the impacts of clean air act and other provisions on visibility in class I areas, Richards L.W., ed. Report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-997530-1792-FR2, July.

Chinkin L.R., Coe D.L., Capuano M., Scalfano D., and Yocke M. (1998) Emission inventories of OCS production and development activities in the Gulf of Mexico. Report prepared for the Minerals

Lyle R. Chinkin

Management Service, New Orleans, LA, by Sonoma Technology, Inc., Petaluma, CA, STI-998201-1817-DWP, June.

Main H.H., Chinkin L.R., and Roberts P.T. (1998) PAMS data analysis workshops: illustrating the use of PAMS data to support ozone control programs. Web page prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA. Available on the Internet at <http://www.epa.gov/oar/oaqps/pams/analysis> STI-997280-1824, June.

Rocke D.M., Chang D.P.Y., Dai J., Mayo C., Di P., Montano R., Chinkin L.R., and Main H.H. (1998) Temporal, spatial, and ambient temperature effects in the Sacramento modeling region. Final report prepared for the California Air Resources Board, Sacramento, CA, and the California Environmental Protection Agency, May.

Main H.H. and Chinkin L.R. (1998) Example photochemical assessment monitoring station (PAMS) data analysis for Ventura County. Final report prepared for Ventura County Air Pollution Control District, Ventura, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997450-1795-FR, March.

Haste T.L., Chinkin L.R., Main H.H., Kumar N., and Roberts P.T. (1998) Use of PAMS data to evaluate a regional emission inventory in the northeastern United States. Final report prepared for Coordinating Research Council, Atlanta, GA, under subcontract to ENVIRON International Corporation, Novato, CA by Sonoma Technology, Inc., Santa Rosa, CA, STI-95424-1737-FR, March.

Roberts P.T., Main H.H., Dye T.S., Lurmann F.W., Chinkin L.R., Stoeckenius T., and Fujita E. (1998) Photochemical assessment monitoring stations (PAMS) data analysis for southern California: work plan. Work plan prepared for South Coast Air Quality Management District, Diamond Bar, CA, by  Sonoma Technology, Inc., Santa Rosa, CA, STI-997520-1799-WP, March.

Ryan P.A., Coe D.L., and Chinkin L.R. (1998) Correlation equations to predict Reid vapor pressure and properties of gaseous emissions for exploration and production facilities. Report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-997340-1798-FR, March.

Blumenthal D.L., Kumar N., Chinkin L.R., Dye T.S., Roberts P.T., and Lurmann F.W. (1998) Nitrogen oxides transport from La Cygne Station, KS:  a study for assessing its influence on urban ozone. Final report prepared for La Cygne Study Steering Committee by Sonoma Technology, Inc., Petaluma, CA, STI-997380-1762-FR, February.

Chinkin L.R., Haste T.L., Coe D.L., Puri A.K., Hall J.V., and Levy S. (1998) Emission inventory projection project. Final report prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996250-1745-FR, February.

Coe D.L., Chinkin L.R., Loomis C., Wilkinson J., Zwicker J., Fitz D., Pankratz D., and Ringler E. (1998) Technical support study 15: evaluation and improvement of methods for determining ammonia emissions in the San Joaquin Valley. Report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI95310-1759-FR, January.

Dye T.S., Ray S.E., MacDonald C.P., Kwiatkowski J.J., Hurwitt S., and Chinkin L.R. (1997) Summary of ozone forecasting for the air districts of Sacramento, Yolo-Solano, and Placer for the 1997 season. Final report prepared for Sacramento Metropolitan Air Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997122-1768-FR, December.

Blumenthal D.L., Roberts P.T., Chinkin L.R., Dye T.S., and Kwiatkowski J.J. (1997) An ozone scoping study for the Kansas City area. Prepared for consideration by The $NO_x$ Steering Committee, Environment Group, Electric Power Research Institute, Palo Alto, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997380-1742WP-1.1, September.

MacDonald C.P., Dye T.S., and Chinkin L.R. (1997) Forecasting guidelines for winds and ozone air quality in the Sacramento Region. Technical memorandum prepared for the Sacramento Air Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997121-1734-TM, June.

Main H.H. and Chinkin L.R. (1997) Analysis of aloft ozone, ozone precursors, and exotic species in the mid-Sacramento Valley on September 7, 1995. Report prepared for Sacramento Valley Basin Wide Air Pollution Control Council, Woodland, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95350-1730-FR, June.

Main H.H., Roberts P.T., and Chinkin L.R. (1997) PAMS data analysis workshop: illustrating the use of PAMS data to support ozone control programs. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, presented at California Air Resources Board and EPA Region IX, Sacramento, CA, STI-997100-1719-WD7, May.

Chinkin L.R., Eisinger D.S., and Richards L.W. (1997) MAG Brown Cloud Study: significant sources and source parameters for Maricopa County brown clouds. Draft Working Paper No. 3 prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, TI-996344-1721-DWP3, April.

Main H.H., Roberts P.T., Chinkin L.R., and Korc M.E. (1997) PAMS data analysis workshop: illustrating the use of PAMS data to support ozone control programs. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, presented at Camp Mabry for Texas Natural Resources Conservation Commission, Austin, TX, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997160-1704-WD6, April.

Reiss R., Chinkin L.R., and Eisinger D.S. (1997) A primer on ozone monitoring site selection. Final report prepared for SAIC, Durham, NC and U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996330-1712-FR, April.

Coe D.L., Chinkin L.R., and Prouty J.D. (1997) Exploration and production emission calculator (EPEC). Version 1.1. User's guide prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996160-1700-1.1-UG, September.

Main H.H., Chinkin L.R., Haste T.L., Roberts P.T., and Reiss R. (1997) Shasta County Ozone and Ozone Precursor Transport Quantification Study. Final report prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95180-1714-FR, March.

Puri A., Hall J., Levy S., Coe D.L., and Chinkin L.R. (1997) API emission inventory projection project. Task 2: description and evaluation of economic growth projection methods. Technical memorandum prepared for American Petroleum Institute, Washington, DC, by Institute for Economic and Environmental Studies, California State University, Fullerton, CA, Center for Continuing Study of California Economy, Palo Alto, CA, and Sonoma Technology, Inc., Santa Rosa, CA, STI-996250-1711-TM, February.

Coe D.L. and Chinkin L.R. (1996) IMS95 daily activity surveys. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95274-1616-FR, Contract No. 95-10 PM, December.

Dye T.S., Ray S.E., Lindsey C.G., Arthur M., and Chinkin L.R. (1996) Summary of ozone forecasting and equation development for the air districts of Sacramento, Yolo-Solano, and Placer. Vol. I: ozone forecasting. Vol. II: equation development. Final report prepared for Sacramento Metropolitan Air Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996210-1701-FR, December.

Chinkin L.R., Reiss R., and Eisinger D.S. (1996) Ozone exceedance data analysis: representativeness of 1995. Phase II. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996032-1586-FR, October.

Chinkin L.R., Reiss R., Eisinger D.S., Dye T.S., and Jones C.M. (1996) Ozone exceedance data analysis: representativeness of 1995. Phase I. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996031-1574-FR, August.

Lyle R. Chinkin

Chinkin L.R., Reiss R., Haste T.L., Ryan P.A., Stoelting M.W., Karlik J., and Winer A. (1996) Development of a gridded leaf biomass inventory for use in estimating biogenic emissions for urban airshed modeling. Final report prepared for Ventura County Air Pollution Control District by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-996086-1599-FR, August.

Reiss R., Chinkin L.R., Coe D.L., and DiSogra C. (1996) Emission inventory of agricultural internal combustion engines used for irrigation in the SJVUAPCD. Final report prepared for San Joaquin Valley Air Pollution Control District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Freeman, Sullivan & Co., San Francisco, CA, STI-95240-1569-FR, August.

Chinkin L.R., Ryan P.A., Reiss R., Jones C.M., Winer A., and Karlik J. (1996) Improvements to the biogenic emission estimation process for Maricopa County. Final report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1577-FR, July.

Chinkin L.R., Main H.H., Jones C.M., and Eisinger D.S. (1996) Ozone ambient monitoring network review for Polk County, Iowa. Final report prepared for Polk County Public Works APCD, Des Moines, IA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996050-1584-FR, June.

Chinkin L.R. (1996) A workplan for Ventura County leaf biomass inventory project. Prepared for Ventura County Air Pollution Control District, Ventura, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996080-1583-WP, May.

Schoell B.M., Anderson J.A., Chinkin L.R., and Roberts P.T. (1996) Data collected by the STI aircraft during the 1995 Shasta County ozone study. Data volume prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95350-1575-DVS, April.

Schoell B.M., Anderson J.A., Chinkin L.R., and Roberts P.T. (1996) Data collected by the STI aircraft during the 1995 Shasta County ozone study. Data volume prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95180-1568-DV, March.

Chinkin L.R., Main H.H., and Coe D.L. (1996) Evaluation and improvement of methods for determining ammonia emissions in the San Joaquin Valley. Technical support study 15. Final workplan prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95310-1560-FWP, March.

Coe D.L., Eisinger D.S., Chinkin L.R., Heiken J.G., Austin B.S., and Pollack A.K. (1996) Methodology for gathering locality-specific emission inventory data. Final report prepared for U.S. Environmental Protection Agency, Office of Mobile Sources, Ann Arbor, MI, by Sonoma Technology, Inc., Santa Rosa, CA and ENVIRON Corporation, Novato, CA, June.

Coe D.L., Main H.H., Chinkin L.R., Loomis C., and Wilkinson J. (1996) Review of current methodologies for estimating ammonia emissions. Draft final report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95310-1580-DFR, May.

Chinkin L.R., Ryan P.A., Reiss R., Jones C.M., Winer A., and Karlik J. (1996) Implementation of improvements to the biogenic emission estimation process for Maricopa County. Working Paper No. 3 prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1559-WP3, February.

Korc M.E., Jones C.M., Chinkin L.R., Main H.H., Roberts P.T., and Blanchard C. (1995) Use of PAMS data to evaluate the Texas COAST emission inventory. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, Work assignment 2-95, EPA Contract No. 68D30020, STI-94520-1558-FR, December.

Lyle R. Chinkin

Heiken J.G., Austin B.S., Pollack A.K., Coe D.L., Eisinger D.S., and Chinkin L. (1995) Methodology for gathering locality-specific emission inventory data. Draft report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Heiken, J.G., Austin, B.S., Pollack, A.K. (Consultants) and Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, Work Assignment 9-95, December.

Reiss R., Chinkin L.R., Roberts P.T., Main H.H., and Eisinger D.S. (1995) Investigation of monitoring networks for an alternative ozone NAAQS. Work assignment 7-95. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94571-1553-FR, December.

Richards L.W., Kumar N., Musarra S.P., Chinkin L.R., Scire J.S., Insley E.M., Chang C., and Strimaitis D.G. (1995) User's guide for the CD-ROM for the CALMET, CALPUFF, and CALPOST modeling system. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA and EARTH TECH, Concord, MA, STI-94051-1453-UGR3, December.

Winer A.M., Chinkin L., Arey J., Atkinson R., Adams J., and Karlik J. (1995) Critical evaluation of a biogenic emission system for photochemical grid modeling in California. Final report prepared for California Air Resources Board, Sacramento, CA, by School of Public Health, University of California, Los Angeles, CA, Sonoma Technology, Inc., Santa Rosa, CA, and Statewide Air Pollution Research Center, University of California, Riverside, CA, ARB Contract No. 93-725, December.

Reiss R., Chinkin L.R., and Main H.H. (1995) Ozone NAAQS review--ambient air monitoring support target strategy. Work assignment 1-95. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94510-1535-FR, September.

Chinkin L.R., Ryan P.A., Reiss R., and Winer A. (1995) Biogenic emission inventory improvement study. Working paper no. 1: review of modeling procedures for biogenic emissions. Report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1524-WP1R2, August.

Watson J.G., Chow J.C., Cahill C.F., Cal M., Divita Jr. F., Freeman D., Gillies J.A., Blumenthal D., Richards L.W., Chinkin L., Lindsey C., Prouty J., Dietrich D., Cobb D., Houck J., Dickson R.J., and Andersen S. (1995) Mt. Zirkel Wilderness Area reasonable attribution study of visibility impairment. Technical reasonable attribution study plan. Working draft version 2.0. Prepared for Technical Steering Committee, c/o Colorado Department of Public Health and Environment, Air Pollution Control Division, Denver, CO, by Desert Research Institute, Reno, NV, Sonoma Technology, Inc., Santa Rosa, CA, Air Resource Specialists, Inc., Fort Collins, CO, Applied Geotechnology Inc., Portland, OR, Radian Corporation, Sacramento, CA, and SECOR International Inc., Fort Collins, CO, August.

Chinkin L.R. and Main H.H. (1995) The investigation of monitoring networks for an alternative ozone NAAQS. Work assignment 7-95. Work plan prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94570-1525-WP, June.

Main H.H., Chinkin L.R., and Roberts P.T. (1995) Analysis of PAMS and NARSTO-Northeast ambient air quality data. Work assignment 5-95. Data analysis plan prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94550-1526-DA, June.

Chinkin L.R., Roberts P.T., Korc M.E., Main H.H., and Linn W.S. (1995) Analysis of the impact of potential alternative $PM_{10}$ NAAQS on areas with petroleum industry operations. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, and Los Amigos Research and Education Institute, University of Southern California, Downey, CA, STI-93490-1442-FR, April.

Lyle R. Chinkin

Main H.H., Richards L.W., Chinkin L.R., Evans V.A., Chow J.C., and Divita F. (1995) $PM_{10}$ chemical analysis and source receptor modeling study for the Seattle-Tacoma area. Final report prepared for Puget Sound Air Pollution Control Agency, Seattle, WA, by Sonoma Technology, Inc., Santa Rosa, CA, RMI, Novato, CA, and Desert Research Institute, Reno, NV, STI-93140-1444-FR, April.

Chinkin L.R., Jones C.M., and Roberts P.T. (1995) Analysis of air quality, emission trends, and meteorology in the Puget Sound and Vancouver areas of Washington. Final report prepared for Department of Ecology, Olympia, WA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-94480-1505-FR, January.

Blanchard C.L., Roberts P.T., Chinkin L.R., and Roth P.M. (1994) Application of smog production (SP) algorithms to the Coastal Oxidant Assessment for Southeast Texas (COAST) data. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Envair, Albany, CA, and Sonoma Technology, Inc., Santa Rosa, CA, STI-94080-1454-FR, Work Assignment 8-94, EPA Contract No. 68D30020, December.

Richards L.W., Main H.H., Chinkin L.R., and Collins J.F. (1994) Characteristics of the SCE long-term and high-density network precipitation chemistry database. Final report prepared for Southern California Edison, Rosemead, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Collins Consulting and Computing, Somis, CA, STI-94460-1447-FR, December.

Chinkin L., Blumenthal D., Jones C., Thompson J., and Weinstein E. (1994) Data archiving plan for the 1994 Northeast Air Quality Study (NEAQS '94). Working draft V1.2 prepared for Electric Power Research Institute, Palo Alto, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Electric Power Research Institute, Palo Alto, CA, STI-94361-1425-WD1.2, RP9072, October.

Chinkin L.R., Korc M.E., Main H.H., Roberts P.T., and Dye T.S. (1994) Scoping study report for the Wasatch Front Ozone Study. Report prepared for Utah Division of Air Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Santa Rosa, CA, STI-94411-1430, September.

Chinkin L., Ryan P., Korc M., Strimaitis D., Moore G., and Scire J. (1994) Development of an approach for modeling dry deposition of toxic gases. Final report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, and Earth Tech, Concord, MA, STI-94011-1437-FR, September.

Main H.H., Chinkin L.R., Schoell B.M., Roberts P.T., and Lurmann F.W. (1994) Quality assurance plan for microenvironmental ozone measurements in schools as part of the epidemiologic investigation to identify chronic health effects of air pollutants. Version No. 02 prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-92372-1424-SOP, August.

Roberts P.T., Chinkin L.R., Prins E.M., and Main H.H. (1994) 1990 Sacramento Area Ozone Study: data analysis summary and guide to the data base. Final report prepared for Systems Applications International, San Rafael, CA, and Sacramento Area Council of Governments, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-90048-1353-FR2, May.

Stoeckenius T.E., Roberts P.T., and Chinkin L.R. (1994) Development of an objective classification procedure for Bay Area air flow types representing ozone-related source-receptor relationships. Report prepared for California Air Resources Board and California Environmental Protection Agency, Sacramento, CA, by Systems Applications International, San Rafael, CA and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP94-94/022, May.

Main H.H., Chinkin L.R., and J.F. Collins (1994) Long-term trends in the SCE precipitation chemistry data base for southern California. Final report prepared for Southern California Edison, Rosemead, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Collins Consulting and Computing, Camarillo, CA, STI-92270-1368-FR, SCE P.O. C3082907, April.

Korc M.E. and Chinkin L.R. (1993) Improvement of the speciation profiles used in the development of the 1991 LMOS emission inventory. Draft final report prepared for the Lake Michigan Air Directors Consortium, Des Plaines, IL, by Sonoma Technology, Inc., Santa Rosa, CA, STI-92324-1394-DFR, December.

Main H.H., Chinkin L.R., and Strimaitis D. (1993) Evaluation of methods for simulating ambient impacts of area-wide sources of air toxics. Report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, and Sigma Research Corporation, Concord, MA, STI-93241-1391-DFR, December.

Korc M.E., Roberts P.T., Chinkin L.R., and Main H.H. (1993) Comparison of emission inventory and ambient concentration ratios of CO, NMOC, and $NO_x$ in the Lake Michigan Air Quality Region. Draft final report prepared for Lake Michigan Air Directors Consortium, Des Plaines, IL, by Sonoma Technology, Inc., Santa Rosa, CA, STI-90218-1357-DFR, October.

Main H.H., Chinkin L.R., Roberts P.T., and Hanna S.R. (1993) Modeling-based comparison and data analysis of open path analyzers versus fixed point analyzers. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-93251-1389-TM, November.

Reynolds S.D., Tesche T.W., Dye T., Roberts P., Franzon D.E., Chinkin L.R., and Reid S.B. (1993) Assessment of planned northeast ozone transport region modeling activities. Report prepared by the American Petroleum Institute, Health and Environmental Sciences Department, Washington, DC, API No. 4563, July.

Roberts P.T., Main H.H., Chinkin L.R., Musarra S.F., and Stoeckenius T. (1993) Methods development for quantification of ozone and ozone precursor transport in California. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Systems Applications International, San Rafael, CA, STI-90100-1233-FR, ARB Contract No. A932-143, July.

Sullivan M., DiSogra C., Chinkin L.R., and Jackson B. (1992) Determination of usage patterns and emissions for propane/LPG in California. Final report prepared for the California Air Resources Board, Sacramento, CA, and the South Coast Air Quality Management District, Diamond Bar, CA, by Freeman, Sullivan & Co. and Systems Applications International, San Rafael, CA, Contract No. A032-092.

Gray A., Reid S., and Chinkin L.R. (1992) Carbon particle emissions inventory for Denver Brown Cloud II: development and assessment. Report prepared by Systems Applications International, San Rafael, CA, SYSAPP-92/xxx.

Stoeckenius T. and Chinkin L.R. (1992) A field data-based analysis of the effect of nitrogen oxide and hydrocarbon emission reductions on ozone in the South Coast Air Basin. Final report prepared by Systems Applications International, San Rafael, CA, SYSAPP-92/007.

Burton C.S., Smylie M., and Chinkin L.R. (1991) 1991 environmental regulation course: the Clean Air Act Amendments of 1990. Report prepared by Systems Applications International, San Rafael, CA.

Eisinger D. and Chinkin L.R. (1991) San Francisco 1990 regional transportation plan: air quality environmental impact report. Draft report prepared by Systems Applications International, San Rafael, CA, SYSAPP-91/048.

Eisinger D., Smylie M., and Chinkin L.R. (1991) A regulatory analysis of the Clean Air Act Amendments of 1990, the California Clean Air Act of 1988, and the South Coast Air Quality Management Plan. Report prepared by Systems Applications International, San Rafael, CA.

Gardner L., Chinkin L.R., and Heiken J.G. (1991) Procedures for the preparation of emission inventories for carbon monoxide and precursors of ozone, vol. II: emission inventory requirements for photochemical air quality simulation models. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, EPA-450/4-91-014.

Knight R., Akers L., Austin B., Eisinger D.S., Fieber J., Goetz J.K., Chinkin L., and Hamilton W. (1991) Assessment of the emissions impacts of electric vehicles in the South Coast Air Basin. Report prepared for California Air Resources Board, Sacramento, CA, Southern California Edison Company, Rosemead, CA, and Bevilacqua-Knight Incorporated, Oakland, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/108.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Phoenix Urban Haze Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.1F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Pilot Tucson Urban Haze Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.3F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Pilot Tucson PM10 Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.4F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Phoenix PM10 Study. Volume I: program plan. Final report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.2F.

Chinkin L.R., Garelick B., Fieber J.F., Dickson R.J., Wright D.A., and Oliver W.R. (1990) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study. Report prepared for California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/011.

Morris R.E., Kessler R.C., Chinkin L.R., and Douglas S.G. (1990) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study. Report prepared for California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/033.

Garelick B., Austin B., Fieber J., and Chinkin L.R. (1990) Emission changes and air quality impacts resulting from reducing the RVP and adding MTBE to Shell Gasoline (SU2000). Report by Systems Applications Inc., San Rafael, CA, SYSAPP-90/039.

Seigneur C., Morris R., Kessler R., and Chinkin L. (1990) Conceptual modeling plan for the SJVAQS/AUSPEX project. Final report prepared for Pacific Gas & Electric Company, San Francisco, CA, by ENSR Consulting and Engineering, Glastonbury, CT, and Sonoma Technology, Inc., Santa Rosa, CA, Document No. 5256-001-000.

Chinkin L.R., et al. (1989) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study, tasks 7-8. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/116.

Chinkin L.R., et al. (1989) Technical support study number 5 of the San Joaquin Valley Air Quality Study, tasks 1-5. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/022.

Haney J.L., Roberts P.T., Douglas S.G., Chinkin L.R., Souten D.R., and Burton C.S. (1989) Ozone air quality scoping study for the Lower Lake Michigan air quality region. Final report prepared for Air and Radiation Branch, U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications, Inc., San Rafael, CA, and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP-89/113, September.

Haney J.L., Chinkin L.R., and Douglas S.G. (1989) Ozone scoping study for Jefferson County-Louisville, Kentucky. Report prepared for Jefferson County Air Pollution Control District, Louisville, KY, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/118.

Haney J., Chinkin L.R., Garelick B., Hudischewskyj A., and Stoeckenius T. (1989) Review of selected portions of MMS' proposed air quality regulations for OCS sources. Report prepared for Office of Attorney General, State of California, Department of Justice, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/061.

Lyle R. Chinkin

Ireson R.G. and Chinkin L.R. (1989) Detailed analysis of ozone state implementation plans in seven areas selected for retrospective evaluation of reasons for state implementation plan failure, volume II, technical report, part E: Chicago Study Area. Report prepared for American Petroleum Institute, Washington, DC, and Pacific Environmental Services, Inc. by Systems Applications Inc., San Rafael, CA, SYSAPP-89/107E.

Ireson R.G., Roberts P.T., Eisinger D.S., Main H.H., Garelick B., and Chinkin L.R. (1989) Scoping study to develop an air quality management plan for San Luis Obispo County. Report prepared for San Luis Obispo County Air Pollution Control District, San Luis Obispo, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/130.

Morris R.E. and Chinkin L.R. (1989) A low-cost application of the urban airshed model to the New York Metropolitan Area and the city of St. Louis (five cities UAM study phase I). Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC by Systems Applications Inc., San Rafael, CA, SYSAPP-89/070.

Roth P.M., Blumenthal D.L., Roberts P.T., Watson J.G., Yocke M.A., Souten D.R., Ireson R.G., Chinkin L.R., Whitten G.Z., Daly C., and Smith T.B. (1988) A proposed concept and scope for the San Joaquin Valley Air Quality Study. Final report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-96050-710-FR, February.

Chinkin L.R. and Gardner L.A. (1988) Comparison of emission inventories prepared for the JIMS and SCCCAMP 1984 modeling studies. Report prepared for U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA.

Chinkin L.R., Austin B.S., Pollack A.K., Moezzi M., Burton C.S., and Latimer D.A. (1988) Characterizing visibility trends: a review of historical approaches and recommendations for future analyses. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/109.

Chinkin L.R., Gardner L.A., and Mahoney L.A. (1988) $NO_x$ and VOC emissions trends and projections in New Jersey and the Northeastern United States. Final report prepared for the Department of Environmental Protection, State of New Jersey by Systems Applications Inc., San Rafael, CA, SYSAPP-88/116.

Chinkin L.R., Pollack A.K., Styles K.R., Austin B.S., and Moezzi M. (1988) Characterizing visibility trends: summary of investigations and presentation of results. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/111.

Eisinger D.S., Burton C.S., and Chinkin L.R. (1988) A concept paper to analyze the air quality effects of increased electric vehicle use. Report prepared for Electric Power Research Institute, Palo Alto, CA, by Systems Applications Inc., San Rafael, CA.

Haney J.L., Chinkin L.R., and Fieber J.L. (1988) Air quality modeling analyses supporting the OCS negotiated rulemaking process in the South Central Coast Air Basin of California. Report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/015.

Haney J.L., Dudik M.C., Gardner L.A., Chinkin L.R., and Ireson R.G. (1988) Development of urban airshed modeling capability for Truckee Meadows: carbon monoxide monitoring review and climatology. Report prepared for Washoe County Department of Comprehensive Planning by Systems Applications Inc., San Rafael, CA, SYSAPP-88/033.

Hayes S.R., Chinkin L.R., Hayes S.R., Haney J.L., Mahoney L.A., Rosenbaum A.S., Austin B.S., Fieber J.L., and Gardner L.A. (1988) Evaluation of South Coast Air Basin alternative ozone attainment scenarios using the urban airshed model. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/195.

Lyle R. Chinkin

Ireson R.B., Roberts P.T., Roth P.M., Chinkin L.R., Blumenthal D.L., Eisinger D.S., Gardner L., Haney J.L., Mahoney L.A., and Yocke M.A. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego air basin, volume I: summary and recommendations; volume II: technical assessment. Reports prepared for the San Diego County Air Pollution Control District, San Diego, CA, by Systems Applications, Inc., San Rafael, CA, SAI-SYSAPP-88/127a, b, December.

Ireson R.G., Damon J.P., Chinkin L.R., and Wilbur D.M. (1988) Long-range monitoring and modeling program needs for air quality planning in the Tucson area. Report prepared by Parsons Brinckerhoff Quade & Douglas, Inc., AeroVironment, Inc., and Systems Applications Inc., San Rafael, CA, SYSAPP-88/090.

Ireson R.G., Eisinger D.S., Chinkin L.R., Souten D.R., and Roberts P.T. (1988) Evaluation of needs and options for improving ozone air quality planning capabilities for the Sacramento Metropolitan Area. Report prepared for the Sacramento County Air Pollution Control District, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP-88/047.

Mahoney L.A., Haney J.L., Chinkin L.R., and Ireson R.G. (1988) Capabilities needed for evaluation of nonphotochemical impacts of OCS emissions, task 7D. Final report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/198.

Roberts P.T., Chinkin L.R., Yocke M.A., Souten D.R., MacArthur R.S., Blumenthal D., and Roth P. (1988) San Joaquin Valley Air Pollution Study phase two modeling and analysis. Report prepared for the San Joaquin Valley Air Pollution Study Agency and California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/072.

Whitten G.Z., Chinkin L.R., and Myers T.C. (1988) Assessment of the impact of bakery emissions on air quality: impact of ethanol emissions on ozone formation in the San Francisco Bay Area. Report prepared for Landels, Ripley, and Diamond by Systems Applications Inc., San Rafael, CA, SYSAPP-88/134.

Yocke M.A., Ireson R.G., Eisinger D.S., Gardner L.A., Chinkin L.R., Haney J.L., Mahoney L.A., Roberts P.T., and Blumenthal D.L. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego Air Basin. Volume I: summary and recommendations. Report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/201a.

Yocke M.A., Ireson R.G., Eisinger D.S., Gardner L.A., Chinkin L.R., Haney J.L., Mahoney L.A., Roberts P.T., and Blumenthal D.L. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego Air Basin. Volume II: technical assessment. Report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/201b.

Chinkin L.R., Fieber J.L., and Latimer D.A. (1987) A level-3 assessment of visibility impacts associated with construction and operation of a proposed nuclear waste repository in Davis Canyon near Canyonlands National Park. Report prepared for Energy and Environmental Systems Division, Argonne National Laboratory by Systems Applications Inc., San Rafael, CA.

Chinkin L.R., Latimer D.A., and Mahoney L.A. (1987) Western States Acid Deposition Project phase I: Volume 2 - a review of emission inventories needed to regulate acid deposition in the Western United States. Report prepared for the Western States Acid Deposition Project, Western Governors' Association by Systems Applications Inc., San Rafael, CA, SYSAPP-87/072.

Chinkin L.R., Pollack A.K., and McDonald J.W. (1987) Air quality, emissions, and related factors in Santa Barbara County. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/100.

Chinkin L.R., Pollack A.K., and McDonald J.W. (1987) Air quality, emissions, and related factors in Ventura County. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/109.

Lyle R. Chinkin

Chinkin L.R., Weir B.R., and Latimer D.A. (1987) Inventory of chlorophenol use in the forest products industry and investigation of related emissions of chlorinated dibenzodioxins and dibenzofurans. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA.

Permutt T.J., Chinkin L.R., Grosser S.C., and Hudischewskyj A.B. (1987) Default values for coal sulfur content for small sources. Draft final report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/184.

Souten D.R., Haney J.L., and Chinkin L.R. (1987) Evaluation of the air quality changes due to petroleum resource development in the California South Central Coast outer continental shelf area: further application of the JIMS project PARIS model to assess predicted 1990 and 1995 ozone concentrations. Final report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA.

Mahoney L.A., Daly C., Chinkin L.R., and Austin B.S. (1986) Air quality and additional impact analysis for the authority to construct permit application for the West Contra Costa County Sanitary Landfill Power Project, Volume I. Report prepared for Gaia Associates, San Rafael, CA, by Systems Applications Inc., San Rafael, CA.

Souten D.R., Chinkin L.R., and Haney J.L. (1986) Application of the PARIS model for 1990 and 1995 in the California South Central Coast Air Basin. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/064.

Souten D.R., Chinkin L.R., Haney J.L., Tesche T.W., Hogo H., and Dudik M.C. (1986) Evaluation and application of the PARIS photochemical model in the South Central Coast Air Basin, Volume II. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/043.

Tesche T.W., Myers T.C., Chinkin L.R., and Daly C. (1986) Cumulative ozone impact assessment for the Sycamore Cogeneration Company's Sycamore Project. Report prepared for Sycamore Cogeneration Company by Systems Applications Inc., San Rafael, CA, SYSAPP-86/091.

Thrall A.D., Stoeckenius T.E., Chinkin L.R., and Pollack A.K. (1986) Recommendations for the analysis, development, and testing of a method for relating the frequency of occurrence of meteorological conditions to exceedances of the ozone NAAQS. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/016.

Chinkin L.R., Latimer D.A., and Smith T.B. (1985) Assessment of stagnation potential in the Lake Powell Basin. Report prepared for Salt River Project, Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/004.

Chinkin L.R., Hogo H., and Latimer D.A. (1985) The appearance of layered haze visible from Bryce Canyon National Park, Utah. Report prepared for Salt River Project Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/035.

Chinkin L.R., Saxena P., Oliver W.R., and Austin B.S. (1985) Emission projections for OCS platforms and related sources. Report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/159.

Latimer D.A., Chinkin L.R., Dudik M.C., Hogo H., and Ireson R.G. (1985) Uncertainties associated with modeling regional haze in the Southwest. Report prepared for American Petroleum Institute, Washington, DC, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/108.

Latimer D.A., Hogo H., Ireson R.G., Lundberg G.W., Chinkin L.R., and Mahoney L.A. (1985) Analysis of visibility and acid deposition impacts resulting from power plants located at alternative sites in Arizona. Report prepared for Salt River Project Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/148.

Lyle R. Chinkin

Souten D.R., Tesche T.W., Haney J.L., Chinkin L.R., Hogo H., and Dudik M.C. (1985) Evaluation of photochemical models for use in the South Central Coast Air Basin. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/099.

Yocke M.A., Morris R.E., Hogo H., Chinkin L.R., and Mahoney L.A. (1985) Analysis of the air quality impacts of the San Miguel Project. Report prepared for Cities Service Oil & Gas Corporation and Bechtel Petroleum, Inc. by Systems Applications Inc., San Rafael, CA, SYSAPP-85/127.

# APPENDIX C

## STATEMENT OF COMPENSATION

Sonoma Technology, Inc. (STI) has been compensated at $290 per hour for Lyle R. Chinkin's services to the United States Department of Justice (USDOJ). For any deposition or trial testimony the USDOJ will compensate STI at a rate of 150% of Mr. Chinkin's rates in effect at the time the testimony is provided.

# APPENDIX D

# PREVIOUS EXPERT TESTIMONY

I, Lyle R. Chinkin, have testified as an expert witness at a trial or deposition in the past four years.  The cases in which I have testified are as follows:

- United States of America, et al. v. Cinergy Corp.., et al. C.A. No. IP99-1693 C-M/S

- State of North Carolina ex rel. Roy Cooper, Attorney General v. Tennessee Valley Authority, Civil Action No. 1:06CV20, (W.D.N.C.)

# APPENDIX E

## DOCUMENTS CONSIDERED

Baker K. (2007) Modeling protocol: 2005 basecase technical details. Prepared for the Lake Michigan Air Directors Consortium Midwest Regional Planning Organization, Rosemont, IL, , October.

Baker K. and Timin B. (2008) $PM_{2.5}$ source apportionment application in support of 24-hr $PM_{2.5}$ NAAQS designation process. Draft report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, August 25.

Baker, K., and Scheff, P (2007) Photochemical model performance for $PM_{2.5}$ sulfate, nitrate, ammonium, and precursor species $SO_2$, $HNO_3$, and $NH_3$ at background monitor locations in the central and eastern United States. *Atmos. Environ.* **41**, 6185-6195.

Boylan J. W., Odman M. T., Wilkinson J. G., and Russell A. G. (2006) Integrated assessment modeling of atmospheric pollutants in the southern Appalachian Mountains: Part II. fine particulate matter and visibility. *J. Air and Waste Manag. Assoc.* **56**, 12-22.

Brown S.G., Frankel A., Raffuse S.M., Roberts P.T., Hafner H.R., and Anderson D.J. (2007) Source apportionment of fine particulate matter in Phoenix, AZ, using positive matrix factorization. *J. Air and Waste Manag. Assoc.* **57**, 741-752 (STI-2675).

Chang J.S., Brost I.S., Isaksen A., Madronich S., Middleton P., Stockwell W:R, and Walcek C.J. (1987) A three-dimensional eulerian acid deposition model: physical concepts and formulation. *J Geophys. Res.*, **92**, 14,681-14,700.

Chen K. S., Ho Y.T., and Lai C.H. (2003) Photochemical modeling and analysis ofmeteorological parameters during ozone episodes in Kaohsiung, Taiwan, *Atmos. Environ.* **37**(13), 1811-1823.

Chinkin L.R. and Wheeler N.J.M. (2008) Expert report of Lyle R. Chinkin and Neil J. M. Wheeler: analysis of air quality impacts. United States, et al. v. Cinergy Corp., et al. Prepared on behalf of plaintiff United States and plaintiff-intervenors State of New York, State of New Jersey, State of Connecticut, Hoosier Environmental Council, and Ohio Environmental Council by Sonoma Technology, Inc., Petaluma, CA (STI-908042-3432-FR) Civil Action No. IP99-1693 C-M/S, August 22.

Chinkin L.R. and Wheeler N.J.M. (2008) Rebuttal and supplemental expert report: Analysis of air quality impacts. Final report prepared on behalf of Plaintiff United States and Plaintiff-Intervenors State of New York, State of New Jersey, State of Connecticut, Hoosier Environmental Council, and Ohio Environmental Council Sonoma Technology, Inc., Petaluma, CA, STI-908042-3465-FR, October.

Draxler R.R. and Hess G.D. (1997) Description of the HYSPLIT 4 modeling system. Technical memorandum by the National Oceanic and Atmospheric Administration, Silver Spring, MD, ERL ARL-224, December 24.

ENVIRON International Corporation (2008) User's guide – Comprehensive Air Quality Model with Extensions (CAMx). Version 4.50. Prepared by ENVIRON International Corporation, Novato, CA, May. Available on the Internet at <http://www.camx.com/files/CAMxUsersGuide_v4.5.pdf>.

LADCO (2008) Regional air quality analyses for ozone, $PM_{2.5}$, and regional haze: final technical support document. April.

McNally D.E. and Tesche T.W. (1998) Comparative evaluation of the CAMx and UAM-V models over the Northeastern U.S. using the July 1995 OTAG episode and the NARSTO-NE Intensive Field Study data. Prepared for the Mid-Atlantic Regional Air Management Association by Alpine Geophysics, LLC, Arvada, CO.

Nenes A., Paridis S.N., and Pilinis C. (1998) ISORROPIA: A new thermodynamic equilibrium model for multiphase multicomponent inorganic aerosols. *Aquat.Geoch*. **4**, 123-152.

NOAA-CIRES Climate Diagnostic Center (2003) The NCEP/NCAR Reanalysis Project. NOAA-CIRES Climate Diagnostics Center, Boulder, CO. Available on the Internet at <http://www.cdc.noaa.gov/cdc/reanalysis/>.

Nobel C. B., McDonald-Buller B.C., Kimura, Y., Lumbley, K.E., and Allen, D.T. (2002) Influence of population density and temporal variations in emissions on the air quality benefits of $NO_x$ emission trading, *Environ. Sci. & Technol*. **36**, 3465-3473.

Rizzo M. and Franke N. (2008) Derivation of the contributing emissions score. Draft Technical support document. August 6.

Russell A. and Dennis R. (2000) NARSTO critical review of photochemical models and modeling. *Atmos. Environ.* **34** (12), 2283-2324.

Strader R., Lurmann F., and Pandis S.N. (1999) Evaluation ofsecondary organic aerosol formation in winter. *Atmos. Environ.* **33**, 4849-4863.

Strum M., Houyoux M., and Mason R. (2008) Technical support document: preparation of emissions inventories for the 2002-based platform, Version 3, Criteria Air Pollutants. January. Available on the Internet at http://www.epa.gov/scramOOllre.portsiEmissions%20TSDo/020Voll 02-28-08.pdf.

Sullivan D.C., Hafner H.R., Brown S.G., MacDonald C.P., Raffuse S.M., Penfold B.M., and Roberts P.T. (2005) Analyses of the causes of haze for the Central States (Phase II) summary of findings. Executive summary prepared for the Central States Regional Air Planning Association by Sonoma Technology, Inc., Petaluma, CA, STI-904780.08-2754-ES, August.

United States et al. v., Cinergy Corp. et al. (2009) Transcript of trial, Day 3 - February 4, 2009 08:00:00 a.m.

U.S. Energy Information Administration (2010) Electricity basic statistics:  100 largest power plants.  Available on the internet at http://www.eia.doe.gov/neic/rankings/plantsbycapacity.htm.

U.S. Environmental Protection Agency (2003) User's Guide to MOBILE6.1 and MOBILE6.2: Mobile Source Emission Factor Model. Report prepared by the Assessment and Standards Division, Office of Transportation and Air Quality, U.S. Environmental Protection Agency, EPA420-R-03-010, August.

U.S. Environmental Protection Agency (2005) Technical support document for the final clean air interstate rule:  air quality modeling. Technical support document prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, March.

U.S. Environmental Protection Agency (2010) Policy assessment for the review of the particulate matter national ambient air quality standards—second external review draft.  Prepared by the Health and Environmental Impacts Division, Office of Air and Radiation, U.S. Environmental Protection Agency, June.

UNC (2007) SMOKE v2.3.2 User's Manual. The Institute for the Environment – The University of North Carolina at Chapel Hill. Available on the Internet at <http://www.cmascenter.orglhelp1doeumentation.cfin?temp id=99999>.

Wagstrom K.M., Pandis S.N., Yarwood G., Wilson G.M., and Morris R.E. (2008) Development and application of a computationally efficient particulate matter apportionment algorithm in a three-dimensional chemical transport model. *Atmos. Environ.* **42**, 5650-5659.

Williams M. (2010) EPA advisers endorse particulate standards based on visibility. *Environmental Manager Journal*, July.

# APPENDIX F

## ELECTRONIC FILES

This appendix describes the electronic files provided with this report.

## Daily CAMx PSAT Results

Plots showing year-2005 daily impacts of excess emissions from the Monroe Power Plant on regional $PM_{2.5}$ concentrations are included on a CD appended to this report.  Plots are provided in animated GIF and PDF formats for all 364 days modeled with CAMx PSAT.