UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,

v.

DTE ENERGY COMPANY, and
DETROIT EDISON COMPANY

          Defendants.

Case No.  2:10-cv-13101
Judge Bernard A. Friedman

## NOTICE OF FILING
## EXHIBIT IN THE TRADITIONAL MANNER

PLEASE TAKE NOTICE that pursuant to Court order, the Government is filing in the traditional manner, Exhibit 2-F (SEALED Excerpts of DTE Documents Produced in Response to Request During EPA's June 2, 2010 Inspection of Monroe Generating Station), in support of **Plaintiff's Motion For Preliminary Injunction**, which was filed today using the ECF system.

Copies of the items have been served on all parties pursuant to federal and local rules.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/Ellen Christensen
ELLEN CHRISTENSEN (P29574)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226

Dated:  August 10, 2010
ellen.christensen@usdoj.gov
313-226-9112