UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DTE ENERGY COMPANY and
DETROIT EDISON COMPANY,

       Defendants.
_____/

Civil Action No.
10-13101

Hon. Bernard A. Friedman

## ORDER GRANTING DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR EXTENSION OF TIME TO FILE A RESPONSE

    Before the Court is Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Preliminary Injunction, or, in the Alternative, For Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction and for Leave to File a 36-Page Response Brief.  The Court has had an opportunity to review Defendants' Motion, and following such review,

    IT IS ORDERED that Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Preliminary Injunction, or, in the Alternative, For Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction and for Leave to File a 36-Page Response Brief is GRANTED.  The scheduling dates regarding Plaintiff's Motion for Preliminary Injunction are to be in accordance with the Amended Notice of Hearing, as issued by the Court.

    IT IS FURTHER ORDERED that Defendant is not to utilize the generator that is the

subject of the underlying motion to any extent that is greater than it was utilized prior to the

Project at issue.

|  |  |
|---|---|
| Date:   August 30, 2010 | S/Bernard A. Friedman_____<br>BERNARD A. FRIEDMAN<br>UNITED STATES DISTRICT JUDGE |

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Senior Judge Friedman