**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>And<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC. AND SIERRA CLUB,<br><br>  Proposed Intervenor-Plaintiffs,<br><br>  v.<br><br>DTE ENERGY COMPANY AND DETROIT EDISON COMPANY,<br><br>  Defendants. | Civil Action No.<br>2:10-cv-13101-BAF-RSW<br><br>Judge Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

**APPENDIX A:**
**INDEX OF EXHIBITS**

Ex. 1       Declaration of George T. Wolff, Ph.D.

Ex. 2       Declaration of Colin M. Campbell

Ex. 3       Declaration of Skiles W. Boyd

Ex. 4       Declaration of William C. Rogers

Ex. 5       Letter from Phillip A. Brooks (EPA) to Michael J. Solo (Detroit Edison) (May 28, 2010)

Ex. 6       Letter from Phillip A. Brooks (EPA) to Michael J. Solo (Detroit Edison) (June 2, 2010)

1

Ex. 7      Letter from Michael J. Solo (Detroit Edison) to Mark Palermo (EPA) (June 3, 2010)

Ex. 8      EPA, Notice and Finding of Violation (June 4, 2010)

Ex. 9      Declaration of Jerry L. Golden

Ex. 10      Declaration of Michael J. King

Ex. 11      Transcript of the Videotaped Deposition of Robert H. Koppe, *United States v. Cinergy Corp.*, No. IP99-1693 C-M/S (S.D. Ind. Nov. 30, 2005) (excerpt)

Ex. 12      Verdict Form, *United States v. PSI Energy, Inc.*, 1:99-cv-1693-LJM-JMS (S.D. Ind. May 22, 2008)

Ex. 13      Declaration of Suresh H. Moolgavkar, M.D., Ph.D.

Ex. 14      Declaration of Stanley R. Hayes

Ex. 15      Declaration of Ralph E. Morris