# EXHIBIT 6
# TO DETROIT EDISON'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF
ENFORCEMENT AND
COMPLIANCE ASSURANCE

Michael Solo, Esq.
DTE Energy
One Energy Plaza
Detroit, MI 48226-1279

Re:   *Monroe Unit 2 Capital Improvement Projects*

Dear Mr. Solo:

Thank you for your letter of June 1, 2010 responding to our May 28, 2010 request for information under the Clean Air Act.

You refer to your PROMOD projections used in support of a filing with the Michigan Public Service Commission last fall. This was also the asserted basis for your projection in your March 12, 2010 notification letter to the state.

Please provide all availability and outage rates used as inputs for Monroe Unit 2 in the PROMOD analysis that was used in support of the Power Supply Cost Recovery 2010 Annual Report and that you reference in your June 1 and March 12 letters. Please also provide the generating unit summary reports for Monroe Unit 2 related to that PROMOD analysis.

In addition, your letter and the March 12, 2010 letter set forth contradictory information regarding the May 2005 to April 2007 baseline period. The March letter sets forth a capacity factor that is inconsistent with the heat input and generation figures in Table 1 and with information reported to EPA. Your letter yesterday states that what is listed in the March letter as a capacity factor is actually an equivalent availability factor. Please clarify these values.

Pursuant to Section 114 of the Clean Air Act, please provide this information as soon as possible and in any event by **10 a.m. Thursday, June 3.** If you have any questions, please contact Mark Palermo, EPA Region 5.

Sincerely,

Phillip A. Brooks
Director, Air Enforcement Division