IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-cv-13101-BAF-RSW |
| | ) | |
| v. | ) | Judge Bernard A. Friedman |
| | ) | |
| DTE ENERGY COMPANY, and DETROIT EDISON COMPANY | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF UNITED STATES' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA )
)
)
Plaintiff, )
)
v. )
)
DTE ENERGY COMPANY, and )
DETROIT EDISON COMPANY )
)
)
Defendants. )
)

## SECOND DECLARATION OF
## ETHAN CHATFIELD

I, Ethan Chatfield, declare as follows under penalty of perjury:

1. I am currently an environmental engineer employed by the U.S. Environmental Protection Agency Region 5 (EPA Region 5), Air and Radiation Division. I have been an engineer with EPA Region 5 Air & Radiation Division since March 2003.

2. My background is set forth in my original declaration, filed in support of the United States' motion for preliminary injunction in this case.

3. True and correct copies of the following documents that I am personally familiar with are being filed with my Second Declaration as Exhibits A through F in support of the United States' motion for preliminary injunction:

   A. September 2010 DTE Prevention of Significant Deterioration Permit Application, Monroe Units 1 and 2

   B. Michigan New Source Review Program Review

   C. August 2, 2010  Detroit Edison Permit To Install issued by Michigan Department of Natural Resources and Environment for Monroe Units 3 and 4

    D. DTE Energy presentation to 2010 EEI Financial Conference, November 1-2, 2010

    E. February 2009 DTE Energy Powerpoint entitled, "Monroe Unit 2 Economizer Replacement" – FILED UNDER SEAL

    F. October 2009 DTE Energy Powerpoint entitled, "Monroe Power Plant Unit 2 Reheater Replacement" – FILED UNDER SEAL

4. The documents listed as E and F above were produced to the United States on August 2, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2010, in Chicago, Illinois.

*[signature]*
Ethan Chatfield