# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | Case No. 2:10-cv-13101-BAF-RSW |
| NATURAL RESOURCES DEFENSE ) | |
| COUNCIL, INC. and SIERRA CLUB ) | Honorable Bernard A. Friedman |
| ) | |
| Proposed Intervenor-Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | **GRANTING PLAINTIFF** |
| ) | **INTERVENTION** |
| DTE ENERGY COMPANY, and ) | |
| DETROIT EDISON COMPANY ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING NATURAL RESOURCES DEFENSE COUNCIL AND SIERRA CLUB'S MOTION TO INTERVENE

Upon consideration of Natural Resources Defense Council and Sierra Club's Motion to Intervene as Plaintiffs (Document 34), and upon consideration of Defendant's Stipulation to the requested intervention (Document 42), IT IS SO ORDERED that the motion to intervene as Plaintiffs is GRANTED.

Date: November 23, 2010         s/Bernard A. Friedman
                                 HON. BERNARD A. FRIEDMAN

                                 UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Proposed Order Granting Natural Resources Defense Council and Sierra Club's Motion to Intervene** was electronically filed with the Clerk of Court using the CM/ECF system.  Pursuant to Rule 11 of the to the United States Eastern District of Michigan "Electronic Filing Policies and Procedures" movants Natural Resources Defense Council and Sierra Club will provide electronic copies of this proposed order to the following attorneys of record via email:

Ellen E. Christensen
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: ellen.christensen@usdoj.gov

Thomas Benson
U.S. Department of Justice
Environmental and Natural Resource Div.
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
202-514-5261
Email: Thomas.Benson@usdoj.gov

Michael J. Solo, Jr.
DTE Energy Co.
One Energy Plaza
Detroit, MI 48226-1279
solom@dteenergy.com

Matthew J. Lund
Pepper Hamilton LLP
100 Renaissance Center,
36th Floor
Detroit, MI 48243
lundm@pepperlaw.com

Mark B. Bierbower
F. William Brownell
Makram B. Jaber
Brent A. Rosser
James W. Rubin
Hunton & Williams LLP
1900 K Street, NW
Washington DC 20006
mbierbower@hunton.com
bbrownell@hunton.com
mjaber@hunton.com
brosser@hunton.com
jrubin@hunton.com

DATED: November 22, 2010

s/James Giampietro
James Giampietro
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105
Phone: (415) 977-5638
james.giampietro@sierraclub.org