**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

                                    Civil No. 10-13101
                                    HON. BERNARD A. FRIEDMAN
vs.

DTE ENERGY, ET AL.,
        Defendant.
_____/

## ORDER

IT IS HEREBY ORDERED that the Plaintiff have permission to bring two laptops into Courtroom No. 100 for an electronic presentation of evidence at a motion hearing scheduled on Wednesday, January 19, 2011 at 9:00 a.m., and until its' conclusion.

                                    s/Bernard A. Friedman
                                    Bernard A. Friedman
                                    United States District Judge

Dated: January 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

                                    s/Carol Mullins
                                    Case Manager