UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

vs.

DTE ENERGY COMPANY and
DETROIT EDISON COMPANY,

    Defendants.
_____/

Civil Action No. 10-13101

HON. BERNARD A. FRIEDMAN

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH RULES 33 AND 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On May 3, 2011, Defendants' Motion to Compel Plaintiffs' Compliance with Rules 33 and 34 of the Federal Rules of Civil Procedure came before the Court. A hearing was held and oral arguments were heard. For the reasons stated on the record,

IT IS ORDERED that Defendants' Motion to Compel Plaintiffs' Compliance with Rules 33 and 34 of the Federal Rules of Civil Procedure is DENIED WITHOUT PREJUDICE.

                                                S/BernardA. Friedman
Dated: May 3, 2011                     BERNARD A. FRIEDMAN
    Detroit, Michigan           UNITED STATES DISTRICT JUDGE