IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:10-cv-13101-BAF-RSW |
| ) | |
| and ) | |
| ) | Judge Bernard A. Friedman |
| NATURAL RESOURCES DEFENSE ) | |
| COUNCIL, and SIERRA CLUB ) | Magistrate Judge R. Steven Whalen |
| ) | |
| Plaintiff-Intervenors ) | |
| v. ) | |
| ) | |
| DTE ENERGY COMPANY, and ) | |
| DETROIT EDISON COMPANY ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LEGAL STANDARDS AT ISSUE IN THIS CASE**

APPENDIX A

INDEX OF EXHIBITS

| **Exhibit Number** | **Description** |
|---|---|
| 1 | *United States v. Cinergy Corp.*, 1:99-cv-01693-LJM-JMS (S.D. Ind.), Final Jury Instructions, Dkt. 1335 (May 21, 2008) |
| 2 | Memo from Don Clay to David Kee re: Applicability of Prevention of Significant Deterioration (PSD) and New Source Performance Standards (NSPS) Requirements to Wisconsin Electric Power Company Port Washington Life Extension Project (Sept. 9, 1988) |
| 3 | Compendium of Documents re: EPA Applications of the Routine Maintenance Exception (contains documents A-L) |

i

| | |
|---|---|
| 4 | Letter from Francis Lyons to Henry Nickel re: applicability determination for Detroit Edison's "Dense Pack" project at Monroe Power Plant (May 23, 2000) |
| 5 | Michigan New Source Review Program Review performed by U.S. EPA Region 5 (August 2004) |
| 6 | *In re Tennessee Valley Authority*, CAA Docket No. 00-6, Final Order on Reconsideration (Sept. 15, 2000) |
| 7 | Memo from John Rasnic to George Czerniak re: Applicability of New Source Review Circumvention Guidance to 3M - Maplewood, Minnesota (June 17, 1993) |
| 8 | Letter from Dianne McNally to Mark Wejkszner re: Northampton PSD/NSR Analysis (Apr. 20, 2010) |
| 9 | PSD Workbook, A Practical Guide to Prevention of Significant Deterioration, Michigan Dept. of Envtl. Quality (October 2003) (Excerpt) |