IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-cv-13101-BAF-RSW |
| and | ) | |
| | ) | Judge Bernard A. Friedman |
| NATURAL RESOURCES DEFENSE | ) | |
| COUNCIL, and SIERRA CLUB | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Plaintiff-Intervenors | ) | |
| v. | ) | |
| | ) | |
| DTE ENERGY COMPANY, and | ) | |
| DETROIT EDISON COMPANY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO ESTABLISH CORRECT LEGAL STANDARD ON THE ISSUE OF
"ROUTINE MAINTENANCE, REPAIR AND REPLACEMENT"**

Appendix A

**Index of Exhibits**

| Exhibit No. | Description |
|---|---|
| 1 | Memo from Don Clay to David Kee re: Applicability of Prevention of Significant Deterioration (PSD) and New Source Performance Standards (NSPS) Requirements to Wisconsin Electric Power Company Port Washington Life Extension Project (Sept. 9, 1988) |
| 2 | Letter from Francis Lyons to Henry Nickel re: applicability determination for Detroit Edison's "Dense Pack" project at Monroe Power Plant (May 23, 2000) |

| Exhibit No. | Description |
|---|---|
| 3 | Letter from Kenneth Eng (EPA Region 2) to Dale Choate (Mobil Oil Corp.) re: replacement of regenerator cyclones at Paulsboro refinery constitutes routine maintenance (Sept. 7, 1988) |
| 4 | Letter from Henry Nickel (Counsel for UARG) to Polly Gault (U.S. Dept. of Energy) enclosing briefing paper "The WEPCO, Detroit Edison, and Ohio Edison Decisions" (June 5, 1989) |
| 5 | Order (with Appendix) on Southern Indiana Gas & Electric Company's Motion for Summary Judgment on Fair Notice, *United States v. S. Ind. Gas & Elec. Co.*, No. IP99-1692-C-M/F (S.D. Ind. Feb. 13, 2003) (Appendix not published) |