UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

    Plaintiff,

and

NATURAL RESOURCES DEFENSE
COUNCIL, INC. AND SIERRA CLUB

    Intervenor-Plaintiffs,

    v.

DTE ENERGY COMPANY and
DETROIT EDISON COMPANY,

    Defendants.
_____/

Civil Action No. 10-13101

Hon Bernard A. Friedman

## ORDER FOR ADDITIONAL BRIEFING

    Before the Court is Defendants' motion for summary judgment. It being apparent that additional briefing is necessary, the parties are to submit a supplemental brief, limited to two pages, answering the following question:

    Is Monroe Unit 2 an electric utility steam generating unit ("EUSGU")?

    Such brief is to be submitted by Monday, August 8, 2011.

**SO ORDERED.**

Dated: August 4, 2011        s/Bernard A. Friedman
                                     BERNARD A. FRIEDMAN
                                     UNITED STATES DISTRICT JUDGE

I certify that a copy of this document was sent to parties of record on this day, August 4, 2011.

                                                  s/Michael Williams
                                                  Relief Case Manager