# EXHIBIT 4
# TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF EDWARD ROTHMAN

|    | A                                              | B            | C | D        | E        | F        |
|----|------------------------------------------------|--------------|---|----------|----------|----------|
| 1  |                                                | EAF          |   |          |          |          |
| 2  | Average                                        | 78.47        |   |          |          |          |
| 3  | Stan. Dev                                      | 27.17        |   |          |          |          |
| 4  | N                                              | 308          |   |          |          |          |
| 5  | Variance                                       | 738.2089     |   |          |          |          |
| 6  | sum squares                                    | 227368.3412  |   |          |          |          |
| 7  |                                                |              |   |          |          |          |
| 8  |                                                |              |   |          |          |          |
| 9  | standard error                                 | 5.94         |   |          |          |          |
| 10 |                                                |              |   |          |          |          |
| 11 |                                                | 0.00356228   |   | 0.003884 |          | 0.003257 |
| 12 |                                                | 0.059684843  |   | 0.062326 |          | 0.057071 |
| 13 |                                                | 0.694874814  |   | 0.72562  |          | 0.664438 |
| 14 |                                                | 1.001779557  |   | 1.062326 |          | 1.001627 |
| 15 |                                                | 11.66311831  |   | 12.36802 |          | 11.66134 |
| 16 |                                                |              |   |          |          |          |
| 17 | Confidence Interval for mean NCF at EAF of 70  |              |   | 60.90513 | 62.29487 |          |
| 18 | Predictive Interval for NCF at Eaf of 70       |              |   | 49.93688 | 73.26312 |          |
| 19 |                                                |              |   |          |          |          |
| 20 | Confidence Interval for mean NCF at EAF of 90  |              |   | 78.47438 | 79.92562 |          |
| 21 | Predcitive Interval for NCF at EAF of 90       |              |   | 66.83198 | 91.56802 |          |
| 22 |                                                |              |   |          |          |          |
| 23 | Confidence Interval for mean NCF at EAF 80     |              |   | 69.73556 | 71.06444 |          |
| 24 | Predictive Interval for NCF at EAF 80          |              |   | 58.73866 | 82.06134 |          |