UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>And<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC. AND SIERRA CLUB,<br><br>     Intervenor-Plaintiffs,<br><br>v.<br><br>DTE ENERGY COMPANY AND DETROIT EDISON COMPANY,<br><br>     Defendants. | Civil Action No.<br>2:10-cv-13101-BAF-RSW<br><br>Judge Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |

**JOINT RESPONSE TO ORDER FOR ADDITIONAL BRIEFING
ENTERED AUGUST 4, 2011 [DOC. 130]**

Defendants DTE Energy Company and Detroit Edison Company (collectively "Detroit Edison"), are authorized by Plaintiff and Intervenor-Plaintiffs to provide this joint response to the Court's Order for Additional Briefing entered August 4, 2010 [Doc. 130]:

Question:  "Is Monroe Unit 2 an electric utility steam generating unit ('EUSGU')?"

Joint Response:  The Parties agree that Monroe Unit 2 has been an electric utility steam generating unit at all times relevant to this litigation.

Respectfully submitted this 8th day of August 2011.

-2-

Matthew J. Lund (P48632)
PEPPER HAMILTON LLP
100 Renaissance Center, 36th Floor
Detroit, Michigan 48243
lundm@pepperlaw.com
(313) 393-7370

Michael J. Solo (P57092)
DTE ENERGY
One Energy Plaza
Detroit, Michigan 48226
solom@dteenergy.com
(313) 235-9512

/s/ Harry M. Johnson, III
F. William Brownell
brownell@hunton.com
Mark B. Bierbower
mbierbower@hunton.com
Makram B. Jaber
mjaber@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
(202) 955-1500

Harry M. Johnson, III
pjohnson@hunton.com
Hunton & Williams
951 E. Byrd Street
Richmond, Virginia 23219
(804) 788-8784

*Counsel for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **JOINT RESPONSE TO ORDER FOR ADDITIONAL BRIEFING ENTERED AUGUST 4, 2011 [DOC. 130]** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record as follows:

    Ellen E. Christensen
    U.S. Attorney's Office
    211 W. Fort Street
    Suite 2001
    Detroit, MI  48226
    313-226-9100
    Email:  ellen.christensen@usdoj.gov

    James A. Lofton
    Thomas Benson
    Justin A. Savage
    Kristin M. Furrie
    Elias L. Quinn
    James W. Beers, Jr.
    U.S. Department of Justice
    Environmental and Natural Resource Div.
    Ben Franklin Station
    P.O. Box 7611
    Washington, DC  20044
    202-514-5261
    Email:  thomas.benson@usdoj.gov
          justin.savage@usdoj.gov
          kristin.furrie@usdoj.gov
          jim.lofton@usdoj.gov
          elias.quinn@usdoj.gov
          james.beers@usdoj.gov

    Holly Bressett
    Sierra Club Environmental Law Program
    85 Second St., 2nd Floor
    San Francisco, CA  94105
    Phone: (415) 977-5646
    Email:  Holly.Bressett@sierraclub.org

This 8th day of August, 2011.

                                            /s/  Harry M. Johnson, III