IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-cv-13101-BAF-RSW |
| | ) | |
| v. | ) | Judge Bernard A. Friedman |
| | ) | |
| DTE ENERGY COMPANY, and DETROIT EDISON COMPANY | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Defendants, | ) | |

## ORDER STAYING DEADLINES

All deadlines in this matter are stayed pending the Court's ruling on pending motions for summary judgment.

IT IS SO ORDERED this 18th day of August, 2011.


Dated: August 18, 2011            s/Bernard A. Friedman
                                  HON. BERNAD A. FRIEDMAN
                                  U.S. DISTRICT COURT JUDGE

1