UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

    Plaintiff,

and

NATURAL RESOURCES DEFENSE
COUNCIL, INC. AND SIERRA CLUB

    Intervenor-Plaintiffs,

    v.

DTE ENERGY COMPANY and
DETROIT EDISON COMPANY,

    Defendants.
_____/

Civil Action No. 10-13101

HON. BERNARD A. FRIEDMAN

## **J U D G M E N T**

The court has granted defendants' motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                DAVID J. WEAVER
                CLERK OF COURT

                By:\_Carol L. Mullins_____
                    Deputy Clerk

August 23, 2011

Approved:\_s/Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    U.S. DISTRICT JUDGE