## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DTE ENERGY COMPANY and<br>DETROIT EDISON COMPANY,<br><br>    Defendants. | Civil Action No.<br>2:10-cv-13101-BAF-RSW<br><br>Judge Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |

## STIPULATION AND ORDER ADJOURNING STATUS CONFERENCE

Upon the stipulation of the parties as set forth below, the status conference previously scheduled to occur on June 5, 2013 is adjourned to June 20, 2013 at 1:00 p.m.

IT IS SO STIPULATED this 31st day of May, 2013.

/s/ Thomas Benson (by consent)  
Thomas Benson  
U.S. Department of Justice  
Environmental and Natural  
Resource Div.  
Ben Franklin Station  
P.O. Box 7611  
Washington, DC 20044  
202-514-5261  
Attorney for Plaintiff  

/s/ F. William Brownell  
F. William Brownell  
Mark B. Bierbower  
Hunton & Williams LLP  
1900 K Street, N.W.  
Washington, D.C. 20006-1109  
(202) 955-1500  

Matthew J. Lund (P48632)  
Pepper Hamilton LLP  
4000 Town Center, Suite 1800  
Southfield, MI  48075-1505  
 (248) 359-7300  

Attorneys for Defendants

IT IS SO ORDERED.

June 3, 2013                             s/ Bernard A. Friedman_____  
                                         UNITED STATES DISTRICT JUDGE