UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

and                                       Civil Action No. 10-cv-13101
                                           HON. BERNARD A. FRIEDMAN
NATURAL RESOURCES DEFENSE
COUNCIL, INC. AND SIERRA CLUB

      Intervenor-plaintiffs,

vs.

DTE ENERGY COMPANY AND
DETROIT EDISON COMPANY,

      Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR**
**LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

      Before the Court is defendant's motion for leave to file a motion for summary judgment [docket

entry 165] on remand.  The Court addressed the motion at a scheduling conference with the parties on June

20, 2013.  For the reasons stated on the record,

      IT IS ORDERED that defendants' motion for leave to file a motion for summary judgement is
granted.

                                        S/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 3, 2013
      Detroit, Michigan