UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

and                                             Civil Action No. 10-cv-13101
                                             HON. BERNARD A. FRIEDMAN

NATURAL RESOURCES DEFENSE
COUNCIL, INC. AND SIERRA CLUB

      Intervenor-plaintiffs,

vs.

DTE ENERGY COMPANY AND
DETROIT EDISON COMPANY,

      Defendants.

_____/

**<u>SCHEDULING ORDER</u>**

On June 20, 2013, the Court held a status conference with the parties to determine a

briefing schedule for prospective motions in this matter.  Pursuant to the agreement of the

parties,

IT IS ORDERED that plaintiffs shall have until Friday, August 2, 2013 to file their

response to defendants' motion for summary judgment [docket entry 166].

IT IS FURTHER ORDERED that defendants shall have until Friday, August 23, 2013, to

file their reply.

1

IT IS FURTHER ORDERED that plaintiffs shall have until Friday, August 2, 2013 to file their cross motion for summary judgment.

IT IS FURTHER ORDERED that defendants shall have until Friday, September 6, 2013 to file their response.

IT IS FURTHER ORDERED that plaintiffs shall have until Friday, September 27, 2013 to file their reply.

IT IS FURTHER ORDERED that plaintiffs shall have until Friday, September 6, 2013 to file their motion to amend the complaint.  With respect to this motion, the parties shall file their response and reply papers in accordance with Local Rule 7.1(e)(2).

S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 3, 2013
        Detroit, Michigan