UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States,

                Plaintiff(s),

v.                                        Case No. 2:10–cv–13101–BAF–RSW
                                            Hon. Bernard A. Friedman

DTE Energy, et al.,

                Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Bernard A. Friedman as follows:

- STATUS CONFERENCE: October 9, 2013 at 02:00 PM

    The conference shall be initiated by Plaintiff.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/C. Mullins
                                                                      Case Manager

Dated: July 3, 2013