## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,

and

SIERRA CLUB,

     Plaintiff- Intervenor,

     v.

DTE ENERGY COMPANY AND
DETROIT EDISON COMPANY,

     Defendants.

Civil Action No.
2:10-cv-13101-BAF-RSW

Judge Bernard A. Friedman

Magistrate Judge R. Steven Whalen

## NOTICE OF RESTORED APPROPRIATIONS AND STIPULATED ORDER EXTENDING DEADLINES TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR LEAVE TO FILE A FIRST AMENDEDC OMPLAINT

Pursuant to this Court's Order (Dkt No. 190), deadlines to file Reply Briefs in support of Motions to Amend the Complaints (Dkt. Nos. 184 & 186) in the above-captioned matter were stayed until Congress restored appropriations for federal programs.  Appropriations were restored October 17, 2013.

Defendants DTE Energy Co. and Detroit Edison Company, Plaintiff-Intervenor Sierra Club, and Plaintiff United States of America stipulate and agree that Plaintiff's deadline to file a Reply Brief in support of its Motion for Leave to File a First Amended Complaint (Dkt No. 184) and Sierra Club's deadline to file a

Reply Brief in support of its Motion for Leave to File a First Amended Complaint (Dkt No. 186) shall be extended up to and including October 25, 2013.

The parties SO STIPULATE.


/s/ Elias L. Quinn

Elias L. Quinn
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2756
elias.quinn@usdoj.gov

*Counsel for Plaintiff*


/s/ Shannon Fisk (by consent)

Shannon Fisk
Earthjustice
1617 John F. Kennedy Blvd.,
  Suite 1675
Philadelphia, PA 19103
(215) 717-4522
sfisk@earthjustice.org

*Counsel for Plaintiff-Intervenor*


/s/ F. William Brownell (by consent)

F. William Brownell
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037-1701
bbrownell@hunton.com
(202) 955-1500

*Counsel for Defendants*


IT IS SO ORDERED:

                     _s/ Bernard A. Friedman____

October 21, 2013          UNITED STATES DISTRICT JUDGE