# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 14, 2017

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case Nos. 14-2275/14-2274, *USA v. DTE Energy Company, et al*
Originating Case No. : 2:10-cv-13101

Dear Clerk,

Enclosed is a copy of the mandate filed in these cases.

Sincerely yours,

s/Cathryn Lovely
Direct Dial No. 513-564-7039

cc: Mr. Thomas A. Benson
Mr. Mark B. Bierbower
Mr. F. William Brownell
Mr. Shannon W. Fisk
Mr. Makram Bassam Jaber
Mr. Harry Margerum Johnson III
Mr. Matthew J. Lund
Mr. Brent Rosser
Mr. George Peter Sibley III
Mr. Michael J. Solo Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

Nos: 14-2275/2274

_____

Filed: December 14, 2017

UNITED STATES OF AMERICA

    Plaintiff

 and

SIERRA CLUB

    Intervenor Plaintiff - Appellant

v.

DTE ENERGY COMPANY; DETROIT EDISON COMPANY

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/10/2017 the mandate for these cases hereby issues today.

COSTS: None