UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States,

                Plaintiff(s),

v.                                                  Case No. 2:10−cv−13101−BAF−RSW
                                                  Hon. Bernard A. Friedman

DTE Energy, et al.,

                Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 100, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: February 7, 2018 at 01:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/J. Curry−Williams
                                                      Case Manager

Dated:   January 24, 2018