# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>SIERRA CLUB,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>DTE ENERGY COMPANY AND DETROIT EDISON COMPANY,<br><br>    Defendants. | Civil Action No.<br>2:10-cv-13101-BAF-RSW<br><br>Judge Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |

## NOTICE OF FIRM NAME AND E-MAIL CHANGES

F. William Brownell, Mark B. Bierbower, Harry M. Johnson, III, Makram B. Jaber, George P. Sibley, III, Brent A. Rosser, and Lucinda M. Langworthy, counsel for Defendants DTE Energy Company and Detroit Edison Company, hereby notify the court that the law firms Hunton & Williams LLP and Andrews Kurth Kenyon merged effective April 2, 2018 to become a new combined firm – Hunton Andrews Kurth LLP.

In addition to the firm name change, the e-mail addresses for counsel are now as follows:

| | |
|---|---|
| F. William Brownell | bbrownell@huntonak.com |
| Mark B. Bierbower | mbierbower@huntonak.com |
| Harry M. Johnson, III | pjohnson@huntonak.com |
| Makram B. Jaber | mjaber@huntonak.com |
| George P. Sibley, III | gsibley@huntonak.com |
| Brent A. Rosser | brosser@huntonak.com |
| Lucinda M. Langworthy | clangworthy@huntonak.com |

Counsels' mailing addresses and telephone numbers are unchanged.

Dated: April 11, 2018

Respectfully submitted

/s/ F. William Brownell

Harry M. Johnson, III
George P. Sibley, III
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
pjohnson@huntonak.com
gsibley@huntonak.com

F. William Brownell
Mark B. Bierbower
Makram B. Jaber
Lucinda Minton Langworthy
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
bbrownell@huntonak.com
mbierbower@huntonak.com
mjaber@huntonak.com
clangworthy@huntonak.com

Brent A. Rosser
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
(704) 378-4707
brosser@huntonak.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each registered CM/ECF counsel of record.

/s/ F. William Brownell
F. William Brownell