**From:** Mike Berkowitz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 3:22 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

My mother and great uncle worked in Wayne County's most polluted areas for decades. Cleaner air and public health outcomes are long overdue for these communities!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mike Berkowitz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Shelly Campbell [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 3:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Shelly Campbell

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Max Offerman [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 3:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Environmental justice is only one step towards a more sustainable future. Consider the weight of your impact on future generations and act upon it.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Max Offerman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Allison LaPlatt [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 4:21 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Allison LaPlatt
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Monte Rogers [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Monte Rogers
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Derek Cleary [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Derek Cleary

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Denise Keymccoggle [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Denise Keymccoggle
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Christy McGillivray [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:03 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Christy McGillivray
[redacted]
[redacted]5

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Hayley Lhotka [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:03 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Hayley Lhotka

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Matt Brzezinski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Matt Brzezinski
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Susan Lewis [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Susan Lewis

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Patricia Lang [REDACTED] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Patricia Lang

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joro Griffith Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joro Griffith

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Margaret Neumann [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:05 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Margaret Neumann

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lynne Brimecombe [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lynne Brimecombe
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tiffany Nguyen [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tiffany Nguyen

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joanne Lakosil ██████ Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joanne Lakosil

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Charles Carpenter [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Charles Carpenter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dana Wakiji [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dana Wakiji
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie Ozias [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie Ozias
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Lafrance Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Lafrance

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Doris Applebaum [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Doris Applebaum
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Richard Lutes Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As a lifelong Michigan resident and a DTE customer, I strongly support the Clean Air Act settlement agreement with DTE.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Richard Lutes

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Allison Harris [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Allison Harris

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Aalia Siddiqui [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Aalia Siddiqui

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Charles Tazzia [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:14 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

This settlement needs to be paid by DTE and Detroit Edison, and paid immediately. $7.5 million is a pittance to these companies, but will make a big difference in this community that is hurting so badly.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Charles Tazzia
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Patricia Hall [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:13 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Patricia Hall
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Geoffrey Thompson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:14 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Geoffrey Thompson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** w horn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:14 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

w horn
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Linda Darga [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

DTE--Stop killing people!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Linda Darga
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Nowosad [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Nowosad

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**Ponce, Carlos (ENRD)**

| | |
|---|---|
| **From:** | Sara Fink [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 5:16 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

The historic callousness of DTE and other major players, including Michigan government, toward the health-damaging pollution emitted by DTE plants is long overdue for remedy. Please support this consent agreement.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sara Fink

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Loretta Blackwell Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:17 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Stop killing our children!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Loretta Blackwell

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sheri Carpenter [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:18 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We must stop destroying our children's planet!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sheri Carpenter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie Mccarroll [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:19 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie Mccarroll

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Janice Tomlian ████ Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:19 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I support 7.5 million for environmental justice. Stop polluting the environment.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Janice Tomlian

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Chris Coombe [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:21 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Chris Coombe

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Maureen Sheahan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:25 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Maureen Sheahan

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cynthia Schultz-Condon [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As a RN I have cared for children with asthma, watching them struggle to catch a breath! We must protect our children and their families in every way that we can. Please, support this action.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cynthia Schultz-Condon

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Enrico Aquino [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:27 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Enrico Aquino

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lori Bukoski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:28 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lori Bukoski
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Karen Mason [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:31 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Karen Mason
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Alta Harrison [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:31 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Clean air is basic to human health and life -- and must come before
industrial profits --People first!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Alta Harrison
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Linda Holsapple [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:33 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I live near enough to this unacceptable pollution to feel its effects. It?s time to right this wrong.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Linda Holsapple
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Frank Oberc [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Frank Oberc
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Rosemary Caruso [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:36 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Rosemary Caruso

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Linda Francisco [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:37 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Linda Francisco

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cynthia Zuccaro [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:37 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cynthia Zuccaro

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jared Boot [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:38 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jared Boot
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gary Cynowa [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:39 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

It only makes sense completely rebuild with new eco-technology our plants and power systems without the continued use of fossil fuels in its many forms because we have the capability to do it.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gary Cynowa
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Bill Keyes [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:40 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Bill Keyes

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gerilyn Biggs Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As a former resident of this community, whose children played in those parks, I explore you to do the right thing for the children who still reside in those neighborhoods.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gerilyn Biggs

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Anne Beltzman Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Pulmonary disease in the senior population is at epidemic levels. The children of today will be the seniors of tomorrow. We cannot ignore the purity of our air and water .

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Anne Beltzman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Greg Gumina [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I agree, we must do away with things like coal plants, fracking, and other environmental problems and do more with clean energy, clean water,etc. A healthy environment is a prosperous one.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Greg Gumina
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dwight Sanders Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:45 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dwight Sanders

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lauren Garner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lauren Garner
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Maryfern Thomas [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

SAVE the very earth (dirt) we walk upon. YOU will ultimately find yourselves and your progeny walking through dusty streets of ash. If none of your "group" (special conservatives) do anything to put an end to the abuse of soil, air, water of our earth (USA) in particular you'll find yourselves controlled by whatever powerful FOREIGN group takes over what is now the United States and you will WISH you had thought more carefully and cautiously before destroying yourselves and the United States of America.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Maryfern Thomas

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joseph Byrne [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joseph Byrne
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Robert Marinier [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:50 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Robert Marinier
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michael Zeller [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:50 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michael Zeller

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kyle Peterson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:51 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kyle Peterson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Sally Petrella [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:55 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sally Petrella

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** David A. Miller Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

People over profit!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

David A. Miller

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Carrie Doyle [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 5:59 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Carrie Doyle

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Vincent Petro [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Vincent Petro

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** William Haggerty [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

William Haggerty
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Lara Kramer-Smith [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 6:06 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lara Kramer-Smith

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Roslyn Ogburn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Roslyn Ogburn

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Marsha Benz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:17 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Marsha Benz
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Amanda Salvner Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:19 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Amanda Salvner

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Catherine and Clifford Les [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:20 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Catherine and Clifford Les

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Wendy Thompson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:21 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Wendy Thompson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Terri Wilkerson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Air quality is more important than ever given that Covid-19 impacts your ability to breathe. Please do what you can to improve the air quality. Act as if your favorite person lived there.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Terri Wilkerson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Andrew Baron [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:29 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Andrew Baron

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lj Uchno [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:30 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lj Uchno

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kathy Kaatz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:30 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kathy Kaatz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sandy Kopacz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:30 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I have children and grandchildren. I want them to have clean air and water and a safe world to live in.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sandy Kopacz
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dorothy Wolf [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:31 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Clean air is a right of all human beings.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dorothy Wolf
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jan Sockness [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:32 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jan Sockness

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Kalindi Dighe [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 6:33 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kalindi Dighe
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Katarzyna Turowska [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:36 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Katarzyna Turowska

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tommy Turner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tommy Turner
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Marla Andersen Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:38 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Marla Andersen

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Metzler [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:40 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Metzler
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Drake Meadow [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:40 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Drake Meadow
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lana Fryers [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lana Fryers

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gayle Larson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:48 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gayle Larson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | brandy Dickerhoff [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 6:51 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

brandy Dickerhoff

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Toni Hamilton [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:52 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Toni Hamilton

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Andrew Dehan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Andrew Dehan

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Deborah Schuff [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:56 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Deborah Schuff

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sheila Wentzel [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:56 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sheila Wentzel

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** R Krenke [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 6:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

DTE has continuously failed to be a responsible corporate citizen. Why does this company still exist? Surely, Michiganders can do better than a corporation that does everything it can to avoid taking responsibility for its actions. Time to take utilities public again.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

R Krenke
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Ann Wylie [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:01 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Ann Wylie

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kim Rock [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I have grown up Downriver where we care about each other and the environment. Please, do the right thing.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kim Rock

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Barbara McGraw [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Without fresh air we are doomed. Please help keep the air clean!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Barbara McGraw
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Susan Shink [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 7:03 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Susan Shink
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ronna Rivers ███ Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:05 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ronna Rivers

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ronald Katz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:05 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ronald Katz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Martha Folts [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I voice my support for the consent decree files in Date's New Source Review case (U.S. and Sierra Club v. DTE Energy Co. and Detroit Edison Co, D.J. Ref. No.90-5-2-1-09949. I voice my support for the consent decree and further support for the separate agreement between DTE and Sierra Club.
Sincerely,
Martha Folts

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Martha Folts
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Keith Vancamp [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Keith Vancamp
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Carol Walker [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Carol Walker
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Donna Raceles [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We need to make sure that industrial toxins stay out of Michigan's backyards. It is no wonder why so many people and children have health problems.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Donna Raceles

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie May [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie May

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Pat Foster Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:32 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Pat Foster

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Steven Carpenter Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:33 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Steven Carpenter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** susan cushnier [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:33 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I too have contracted Asthma after 45 years in Wayne county. Trusting that all involved in this pollution will at long last do the right thing. ..Susan Cushnier

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

susan cushnier

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Winnie Gallagher [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:35 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Our air has and now impacts our health. We need to make the air better and healthier.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Winnie Gallagher
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ralph Tuscher Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:38 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ralph Tuscher

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dave Moran [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:39 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dave Moran

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Christopher Kime [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 7:48 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Christopher Kime

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** David MacDonald [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:52 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

David MacDonald

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Laurie Gebert [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:53 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Laurie Gebert

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Janet Ginepro [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:59 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Janet Ginepro

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Mike Duffy Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 7:59 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mike Duffy

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Aimee Lalonde-Norman [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:01 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Aimee Lalonde-Norman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nathan Tausch [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nathan Tausch

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Colleen Redoutey [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Colleen Redoutey
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Erin Stein Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Children should have a safe place to play, learn, and experience the outdoors. I believe this to be a basic human right.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Erin Stein

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Diana Alberghini [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:22 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Diana Alberghini

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ilene Kazak [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:24 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ilene Kazak

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Yana Bieritz ████ Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:24 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Yana Bieritz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dana Jefferson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dana Jefferson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Henry Newnan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:28 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We need a long break from fossil fuels, especially in the Down River area, and we need it fast.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Henry Newnan

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Christie Schatz Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:36 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I live in Dearborn Heights and I even reap the detriment of the horrid pollution. Please stop! Clean air is a human right.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Christie Schatz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Carol Izant [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:40 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Carol Izant

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Thomas Hinsberg [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:45 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Thomas Hinsberg
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Stephen C Brown ██████ Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Here in Michigan, the neighborhood having Zip Code 48217 suffers from very poor health caused by local industries, including the River Rouge coal-fired electric plant that is one of the facilities subject to this consent decree. Homeowners and residents deserve relief, and need more than to have this plant shut down. Please do not intervene in this done deal.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Stephen C Brown

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Megan Flynn Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:47 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Megan Flynn

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Abigail Alwin [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 8:49 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

You are humans that have a responsibility to do the right thing.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Abigail Alwin

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Thomas Gilpin [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 8:52 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

The time is now.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Thomas Gilpin
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Mark Kennedy [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 8:55 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mark Kennedy

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nancy Shiffler [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

This settlement has been a long time coming and will provide a basis for redressing the damage to public health in these communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nancy Shiffler

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lisa Barrett [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:04 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lisa Barrett
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Steve Crabtree [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:17 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Steve Crabtree

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Anne Kohut [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Anne Kohut

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Janet Albertson [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 9:36 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Janet Albertson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Candace Sterling [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:45 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Candace Sterling

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Analicia Honkanen [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:45 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Analicia Honkanen
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Anne Perrone [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I worked in Detroit as a teacher and can personally testify to how many children and their family members from these zip codes have asthma and related health problems. I support the consent decree and for the separate agreement between the Sierra Club and DTE. Please listen to the affected community and those of us who stand with them.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Anne Perrone

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lynn Hartung [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lynn Hartung

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Robert Onnes [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:46 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Robert Onnes
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jessica Cosman Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:50 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please help us move toward clean air for all. Help us evolve and advance and support the separate agreement between DTE and Sierra Club.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jessica Cosman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lisa Gray-Lion [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:55 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lisa Gray-Lion
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Celeste McClellan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 9:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please help us all breathe clean air!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Celeste McClellan

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** David Hall [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:09 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

David Hall

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Deitra Porter Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Deitra Porter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Asher Strayhorn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:22 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I'll be so happy to see the right thing done.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Asher Strayhorn

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michael Berkowitz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:25 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Everyone should have clean air to breathe, and have no concern about the water that they drink.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michael Berkowitz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Hannah Strayhorn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Everyone should have the right to clean air. I look forward to seeing my state take the right action on this.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Hannah Strayhorn

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nelson Stockdill [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:35 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nelson Stockdill

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Shelley Poliner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:41 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I am in complete support of the consent decree filed in the DTE's New Source Review case Ref 90-5-2-1-09949. The ability to breathe clean air to promote a healthy life is a human right. It is time that each Michigander live and grow in environmentally safe homes, neighborhoods and communities irrespective of their race, religion, education, and sociological and economic status. It is time for the pollution to be cleaned up and those responsible for the pollution to pay towards that endeavor and take corrective actions to eliminate the cause of the pollution. Please be on the right side of social justice for all by not objecting to this agreement.
Thank you for your consideration of my input regarding this matter.
Respectfully, Shelley Poliner

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Shelley Poliner

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gabbie Buendia [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gabbie Buendia
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sue Balk [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:50 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sue Balk

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Thomas Bennett [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:52 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Thomas Bennett

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cathy Sayre [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:55 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cathy Sayre

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Silvia Huth Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 10:58 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please clean up our air so we can live healthy lives.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Silvia Huth

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Rise' Bienstock-Stein [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 11:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We must force the clean up of the channels of the Rouge. We know the damage that has been done to human and other animal populations. We certainly don't want our grandchildren and future generations to breathe these fumes.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Rise' Bienstock-Stein

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Henry Kanar [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 11:20 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Henry Kanar
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ross Rhizal [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 11:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ross Rhizal
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Sara Geiss [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 11:33 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sara Geiss

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Beth Shepherd [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Tuesday, June 16, 2020 11:36 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Beth Shepherd
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Devin O'Donnell [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 11:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Devin O'Donnell

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Krista Saunders[redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 16, 2020 11:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Krista Saunders
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Kimberly Lapere [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 12:15 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kimberly Lapere

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** George Hanafee [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 12:33 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

George Hanafee

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Amanda Robert [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 12:40 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Amanda Robert

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Suzanne Zelnik Geldys [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 12:41 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Suzanne Zelnik Geldys

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

|  |  |
|---|---|
| **From:** | Ilene Stankiewicz Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 12:46 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ilene Stankiewicz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Edward Lasker Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 1:06 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

It is very important that ALL Americans enjoy the cleanest possible air, water, and food. These are basic necessities of Life, and our Declaration of Independence lists Life as our first Inalienable Right. This is so basic to the integrity of our Nation. DTE must do all it can to clean the air and support the people their dirty energy projects have harmed. Cleaner and healthier alternative energy sources are now available and must be transitioned to as quickly as possible. It is a matter of Life and Breath!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Edward Lasker

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Tammy Rohatynski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:10 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tammy Rohatynski

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Alisha Barnes Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:33 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Alisha Barnes

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Rokas [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:32 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Rokas
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Devlin OBrien [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:41 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Love the Clean Air Act....

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Devlin OBrien

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Frances Redick [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 4:08 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I have been hearing for years about the dirty air and pollution coming from these places and the health problems it creates.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Frances Redick
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julia Long [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 6:07 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We are the water wonderland. Millions in tourist dollars flow into this state because of our abundant and beautiful natural resources. Our microbrews need clean water to make beer. Clean water is integral to our state of being in Michigan. We need to go to any length to protect it. There are so many alternatives to coal fired energy that do not pollute.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julia Long
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Georgia Griffin [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 6:12 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Georgia Griffin

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nugget Burkhart [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 6:15 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nugget Burkhart
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Richard Steele [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:00 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please and Thank You!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Richard Steele
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Roslyn Ogburn Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:02 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Community deserve access to clean air and corporations should ensure their presence will not impact neighborhoods negatively and if so restore those communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Roslyn Ogburn

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Debra Bayley [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:12 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Debra Bayley

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Erika Larson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:17 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Erika Larson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gregory Alexander [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:22 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We deserve to have a clean and healthy environment that?s not subjected to pollution by powerful utility companies who put profit over the health of their customers when then have the money and technology to produce clean safe energy but refuse to do so because of corporate greed! Shame on them! This is 2020! The year of the pandemic that says enough id enough! We want change now!!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gregory Alexander
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Connolly [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:24 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please support the actions of the Sierra Club.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Connolly
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Barb Anness Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:28 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

A child?s zip code shouldn?t determine if they have clean air to breath or water to drink. Stop the environmental racism in Michigan!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Barb Anness

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Christina Mueller- Flaherty [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:34 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

All people need and deserve to have clean air to breathe.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Christina Mueller- Flaherty

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Eileen Heytháler [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:42 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Eileen Heythaler

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tira Hightower [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:42 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tira Hightower

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Lynn Harrison [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:43 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

be smart and protect the people of this community!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Lynn Harrison

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** James and Denise Mazurek [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:44 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

James and Denise Mazurek

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Ron Kardos [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:45 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Communities deserve to have clean air and water. DTE must step forward and do their part to make this happen.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ron Kardos
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jaimie Horowitz[redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:47 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jaimie Horowitz
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jill Farber-Bramson ([redacted]) Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:48 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Every community needs to live and thrive
in a safe, clean and unpolluted environment.
Coal is polluting our environment and world
causing onerous climate change which is
dangerous to our survival. Shut down the
Rouge River coal plant!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jill Farber-Bramson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kim Clayson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:49 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Eliminating this coal plant is a step toward ensuring the health and safety of all communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kim Clayson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Rouleau [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:49 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

For my nieces and nephews

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Rouleau
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** James Cannon Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:53 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

James Cannon

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Alexander Panev [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:58 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Alexander Panev
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Val Murray [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:04 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Protecting our environment is a top priority. Please act to clean up and protect the Rouge River and not let polluters off the hook.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Val Murray
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Charles Baxter [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:05 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Charles Baxter
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Rita Brown [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:08 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Rita Brown

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Louann Szczechowski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:09 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

ECORSE is the city my family chose to call home. My father and nephew retired from us steel and I retired from the 26th district court. I have no family left in ECORSE but many friends still reside in ECORSE.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Louann Szczechowski
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Trish Brown Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:13 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Trish Brown

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tracy Pease [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:18 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tracy Pease
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** China Cochran Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:25 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

China Cochran

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nicole Breadon [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:33 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nicole Breadon

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joyce Smouthers [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:40 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

40 plus years in Ecorse, family still there. Every morning you go out with everything all covered

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joyce Smouthers
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michael Moskowitz Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:40 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michael Moskowitz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Susan Bawol Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:44 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I have been going to this park my whole life, 63 years! Took my daughters. Now take my grandchildren. This needs to have action taking for everyone's health! Numerous people from our community have cancer and other illnesses that I am sure could be tied into this pollution. Just as has been proven against Nationsl Steel that sits on the south side of Belanger Park. I support this effort!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Susan Bawol

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Salazar [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:46 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Salazar

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Heather Mawson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:47 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

DTE spent years pumping toxic waste into the air, water, and earth of communities of color. In consequence, community members in these neighborhoods have suffered with their health. This agreement is a step towards holding private corporations accountable for the violence they have inflicted.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Heather Mawson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Linda Malan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:47 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please don?t disturb our land

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Linda Malan
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** melanie hartman Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:49 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

melanie hartman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Richard Taylor [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:53 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

The consent decree is an important step in curbing air pollution, but much more must be done.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Richard Taylor
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Evanmarie Allison [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:55 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Evanmarie Allison

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mike Gentile [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:56 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mike Gentile

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sandra Riccardi [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:57 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sandra Riccardi
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Harvey Kahl [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:06 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Harvey Kahl

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Norman Ackland [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:10 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Norman Ackland

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie Campbell-Bode [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:12 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

The people of Michigan are pulling together to protect our beautiful home, your zip code should not determine the quality of the air that you and your children breathe.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie Campbell-Bode

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Bridget Quinn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:17 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Environmental Racism is just another way that white supremacy bears its teeth within our society. Please, use your power to demand that everyone has the right to a clean and healthful environment.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Bridget Quinn
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Deborah Rosenman [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 9:18 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

Let?s protect our people!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Deborah Rosenman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Nicole Collins ██████ Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 9:19 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nicole Collins

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie Manning [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:22 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please keep people safe!!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie Manning
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Laura Podrasky [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:22 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I grew up in this area so it and it's people are important to me. It is a great area right on the river and very important that it should no longer be taken advantage of by industry that wants to exploit not savor and respect. No more pollution for this area and it's living inhabitants including children and people.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Laura Podrasky

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Colleen Joseph [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:26 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Clean air is a human right. All people in Michigan, regardless of age, class, race, or zip code deserve clean air. If we want to make progress towards a better future for all, clean air needs to be a priority. Thank you for your consideration.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Colleen Joseph
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Katrina Harris [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:26 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Katrina Harris
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dana Fortier [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:30 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dana Fortier
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Denise Hawkins [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:33 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please support this important decree for environmental justice in our community.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Denise Hawkins

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tim Roraback [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:36 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Do the right thing

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tim Roraback

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Hilery Cash [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:43 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Hilery Cash
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michelle Miletic [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:46 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michelle Miletic

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Miranda Middlewood Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:59 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Now more than ever, tough choices like this need to be made. Help Michigan be the state to emulate!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Miranda Middlewood

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Laura Kanclerz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:02 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Laura Kanclerz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jill Yob Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:09 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jill Yob

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nancy Davis Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:11 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

It is our duty , each of us, when alive, to help improve the planet...
Shutting down polluting coal burning power plants is essential to protect human health from lungs disease, heart disease cancer directly caused by toxic emissions ( microscopic particles etc.) that harm health.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nancy Davis

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Max Groen [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:12 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Max Groen
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Erma Leaphart [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:17 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As someone also very much interested in protecting water quality within the Great Lakes basin, I too strongly support the closures of coal fired power plants and the settlement agreement including funding to impacted communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Erma Leaphart
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sharmika Smith [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:22 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

The environment needs to come first. It has been sacrificed for too long for the benefit of money and profit.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sharmika Smith
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Janet Carpenter [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:36 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Mom still lives in Ecorse. She is 88 years old and moved there when she was 4. She raised 5 kids there. We had grafite dust everywhere. All over us, the cars, everything. We breathed it in.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Janet Carpenter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Annika Doner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:38 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Annika Doner

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jocelyn Chen [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:43 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jocelyn Chen
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** N Porter [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:43 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

N Porter

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Daniel Hayes [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:52 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Helping to right the past wrongs and ensure that people who were disadvantaged in the past have a leg up in the future is imperative. This is something that DTE must wholeheartedly agree to. Closing down coal plants, which are no longer cost effective and are a burden to the environment, is the right thing to do.

I hope this happens sooner rather than later.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Daniel Hayes

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Ellen Gelerman Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 11:00 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

Michigan is my adopted state, and for the sake of all who were born here and call it home, I support the separate agreement between DTE and Sierra Club.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Ellen Gelerman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joseph Hess [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:08 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

These changes are long overdue.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joseph Hess

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Elizabeth Barrett [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:09 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

COAL AND FOSSIL FUELS MUST STOP!
SOLAR AND WIND TURBINES WILL HELP SAVE OUR PLANET FOR OUR CHILDREN.
ALSO CREAT JOBS.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Elizabeth Barrett

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Linda Holsapple [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:35 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Nothing is more important than clean air and environment.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Linda Holsapple

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kathleen Slonager [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:37 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As the Executive Director for The Asthma and Allergy Foundation of America - Michigan Chapter, I am fiercely advocating for clean air and planet. PROTECT THIS DEAL NOW!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kathleen Slonager [redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lara Chelian [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:39 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lara Chelian

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kay Keyes [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:40 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Coal is an energy source of the past. It is not doing anyone any good to keep supporting it. Doing so, just puts the U.S. further behind as other countries move forward on cleaner alternative sources of energy. In addition, the pollution from these plants makes the population less able to deal with Covid-19. With so many American lives lost to this pandemic, we should be doing everything in our power to help our citizens have the best chance of fighting it.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kay Keyes

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Mary Lebert [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:42 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary Lebert
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Natalie Sampson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:44 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

This is urgent. We need to end environmental racism, and this is a move in the right direction.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Natalie Sampson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Peggy Hernandez [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:46 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Peggy Hernandez

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Maxine Mondshine [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:56 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Maxine Mondshine

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Emily New [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 12:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Emily New

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Charles Clevenger [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 12:49 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Fossil fuel consumption and continuation for utility plants is such a giant step backwards. America needs to lead the world and regain trust in our ideals and our treatment of all peoples.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Charles Clevenger
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cherylinn Golden [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 12:51 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cherylinn Golden

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tim Minotas [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tim Minotas

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Diane Cheklich [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:26 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Diane Cheklich

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cathy Radner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:28 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Everyone must have a non toxic and clean environment !

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cathy Radner

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joe Fisher Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:33 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joe Fisher

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Thomas Turner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 1:58 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

It is vital that we hold corporation to account and enforce environmental justice! This is vital, and it is the least we can do.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Thomas Turner
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Kathleen Endlein [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kathleen Endlein

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lee Burton [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Especially at this time, providing resources for communities that have suffered so much is needed and warranted.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lee Burton

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Corinne Shoop [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:16 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Corinne Shoop

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Richard Barron Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 2:25 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

This action is long overdue but a small consolation to the many who have been medically impaired or killed by DTE coal combustion.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Richard Barron

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Shelbie Jeffery [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 2:35 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Shelbie Jeffery

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** David Cottrill [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:01 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

The air in Ecorse, River Rouge and the East Side of Dearborn near the Ford Rouge Plant tastes dry and acidic. I don't like the ozone action days where I live and would not like having continual ozone action days because of living downriver near the DTE River Rouge Plant.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

David Cottrill

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dana Atnip [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We are tired of having our air, water, and land poisoned by polluting corporations! I support the Clean Air Act!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dana Atnip

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Robert Hunckler [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:13 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I support this agreement. It is good for the environment.

But besides the environment, China is using tremendous amounts of coal and they are running out (in about 37 years at the current rate of consumption based on U.S. Department of Energy statistics). Once China runs out of coal or even before they run out of coal, the demand for coal worldwide will skyrocket (because of China's needs) and therefore the global price for coal will skyrocket. DTE knows that the future is not coal. Nobody wants to pay $600 a month for their household electricity. That's what would happen if we didn't plan for alternatives today. Thanks for listening.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Robert Hunckler
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jacob Valko [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:36 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Support for Lori Goldman

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jacob Valko

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Laura Brandon [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Finally action is being taken to help those who've been affected by environmental justice issues! It's about time. If DTE follows through and uses the funds appropriately, I may actually respect their company again.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Laura Brandon
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Judy Lindberg Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 3:43 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Judy Lindberg

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nancy Barnett [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:47 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Dear Asst Attorney General,
Please protect Michigan citizens

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nancy Barnett
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Deanna Henk [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:53 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Deanna Henk
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nancy Johnson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 3:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nancy Johnson
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** m nichols [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 4:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We need a healthy Michigan (Planet) for healthy citizens, for a healthy, sustainable economy. Be part of the solution to lessen pollution.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

m nichols

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Margaret Rayburn [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 4:25 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

It is vital to start improving the areas around these super-polluters. DTE is taking the right step- finally! Please do not interfere with their environmental improvements to these neighborhoods. The people there have suffered enough.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Margaret Rayburn
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Charles Altman [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 4:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I support the settlement -- the funding of EJ projects and the closing of the 3 coal plants.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Charles Altman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Susan Kelly [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 4:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Susan Kelly

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Paul Kuczma [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:01 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Our Detroit community deserves better than to deal with these deadly toxins that wreak havoc on our health. Please support these measures to protect this deal for cleaner air!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Paul Kuczma

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Theone Thomas [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:03 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Theone Thomas
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Shanay Watson-Whittaker [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 5:04 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Shanay Watson-Whittaker

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michael Wood [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:07 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Southeast Michigan needs to eliminate environmental toxins for the sake of protecting our citizens and the resources of our Great Lakes State.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michael Wood

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Jeff Garner [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Coal powered plants not only cost Michiganders money it is damaging our health.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jeff Garner

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Veronica Blake [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Plants must be retired to help reduce environmental pollutants. Lives depend on it; the planet depends on it.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Veronica Blake

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Virginia Maturen [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 5:18 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Will the leadership of DTE, just step up to the plate and do the right thing, instead of mucking around.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Virginia Maturen

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Art Hanson [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 6:03 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

However, you MUST do MUCH more. We MUST keep ALL climate-changing fossil fuels IN THE GROUND! We MUST achieve 100% clean, renewable energy by 2030.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Art Hanson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lesley Miller [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 6:52 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lesley Miller
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

|  |  |
|---|---|
| **From:** | Mary White [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 7:12 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Mary White
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Margaret Lee [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 7:29 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Margaret Lee
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Melissa Stockdale [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 8:08 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

Please keep our most valuable resources clean for everybody! Clean air and water shouldn?t be something we need to fight for anymore, but here we are. Do the right thing and don?t let big business ruin our futures.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Melissa Stockdale
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Theresa Landrum Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:11 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To Whom It May Concern:
I support this settlement. For to long we/communities of color have been plagued with pollution coming into their owns by DTE which uses dirty coal that creates carbon emissions that have harm our and our children's health as well as contributing to climate change that harms mother earth. The funds should be secured to go to programs that will improve the air quality and teach residents about the harmful impacts from dirty energy.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Theresa Landrum

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Bethanni Grecynski [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 8:25 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

please

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Bethanni Grecynski

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Fred Miller [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:29 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

It's long past time for DTE to do more about emissions in this community and mitigate the harm it has caused.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Fred Miller
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Milly Leszczynski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:33 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Milly Leszczynski

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Beverly Stevenson Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:43 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Beverly Stevenson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kim Janeski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:50 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kim Janeski

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Nzingha Masani-Manuel [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 8:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Nzingha Masani-Manuel

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Erminia Ramirez [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 9:24 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

FOR OUR CHILDREN ,WHO ARE OUR FUTURE.
IMAGINE, EYES CLOSE.
IF THIS WAS YOUR BACKYARD AND YOUR CHILDREN ARE PLAYING AND BREATHING IT!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Erminia Ramirez
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** John Ludy [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 9:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please do the right thing for Michigan. Please support this consent decree.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

John Ludy

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Pete Sutliff [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Wednesday, June 17, 2020 9:49 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

Please think of the children who, through no fault of their own, are starting out life in this polluted environment. Give them a chance to be healthy by following all the measures of this consent decree.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Pete Sutliff

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Diane Meyer [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:14 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As someone who suffers from COPD, though never a smoker, I wholeheartedly support clean air for young and old, therefore I support cleaning up our air.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Diane Meyer

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Patricia Domanski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:15 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I have served with Ms. Vicki Dobbins on the Sierra Club Political Committee and know of her health struggles and those of her neighbors at the hands of these large, polluting corporations that have poisoned their communities. It is time for positive change, eliminating coal and finally moving into the 21st century with clean energy and supporting healthy communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Patricia Domanski
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Winifred Davies-Hancock [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 10:23 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Environmental Justice is a moral issue and keeping in line with my Christian faith.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Winifred Davies-Hancock

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Karen Hewelt [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:51 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We all need clean air and clean water to live.
I love living in Michigan, and I would hope that our environment is kept as clean as possible for all to enjoy clean living in our beautiful state.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Karen Hewelt

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Gretchen Gruenburg [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Wednesday, June 17, 2020 11:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Gretchen Gruenburg

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Feng Zhu [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 12:24 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Feng Zhu

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Elizabeth McInerney [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 1:19 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I grew up in Ecorse and was a member of the Ecorse Rowing Club. For many years, we rowed on the Detroit river behind Great Lakes Steel. Several times a day during practice, we would see ?The Ecorse Sunrise? which was when a huge container would dump some form of molten liquid into a hole. It would then release a sparkling powder (pixie dust) on us as we rowed past the mill. All of us never knew we were breathing poisonous materials. My Grandmother, Grandfather and Uncle who were born and raised I the city ended up dying young or from cancer. All the cities on the Southeast area of the Detroit river beginning in Ecorse all the way to Delray need to fix this!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Elizabeth McInerney

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Karen Bolsen Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 5:53 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I care about my grandson?s health and all of his generation ?s.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Karen Bolsen

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Tom Billings [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 6:23 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Tom Billings

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Thomas Haley [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 6:40 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Read the book ENERGY OVER DEVELOPMENT AND THE DELUSION OF ENDLESS GROW. We must move toward sustainability.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Thomas Haley

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Shelley Wellington [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 7:08 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Shelley Wellington

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sarah Meyers [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 7:27 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sarah Meyers

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Amanda Sweetman [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Thursday, June 18, 2020 7:30 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

Please help us make this a reality. I truly believe that clean air and reduced carbon emissions are the foundation of a better future for all. Communities of Color have too long been sacrificed to society?s need for energy. We know how to make cleaner energy now and we know better than to put the environmental burden on those most vulnerable. Now that we know better, we must do better.

Thank you,

Amanda

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Amanda Sweetman
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Monica Lewis-Patrick [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 7:44 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Monica Lewis-Patrick

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Michael Yanko [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 8:12 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

When I vote, Environment and Education (including HEALTH concerns of children in all communities) are my main two determinants. Please follow through on closing this coal-fired plant. You/We must. Thank you.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Michael Yanko

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Amy Schulz [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 8:17 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Amy Schulz

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Matthew Taylor [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 8:37 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Matthew Taylor
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Karen Pierce [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 8:51 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

We all have the right to live and to breathe clean air as we transition away from coal and other fossil fuels to cleaner, healthier forms of energy.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Karen Pierce

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Daniel Hotham [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 9:42 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Downriver deserves this money.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Daniel Hotham
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lori McPhee [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 9:53 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lori McPhee

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Madz Ham [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 10:03 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

For too long these downriver communities have been disproportionately impacted by environmental concerns. The DTE coal plants of River Rouge, Ecorse and 48217 are causing extreme health problems, especially now relating to the coronavirus. I urge you to support the $7.5 million settlement between the Sierra Club and DTE and to do as much as you can to protect these Michigan communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Madz Ham

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Valorie Kerschke [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 2:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Valorie Kerschke

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Kyla Fielder Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 2:47 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kyla Fielder

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Joseph Good [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 2:57 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Joseph Good
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** James Starnes [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 3:05 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I support the Sierra Club Michigan and National Beyond Coal Campaign. Lets shut those dirty power plants down quickly and transition to cleaner forms of green energy.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

James Starnes
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Juan Gutierrez [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 3:28 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I live in Southwest Detroit. My family and friends live in the Delray Community. We have always lived in communities that have been subjected to unclean air and unclean practices. We should not have to live in a community were we expect the air to be unclean, where we already know pollution fills our lungs. We shouldn't have to worry about young children and the impact that this air pollution can have long term on their health, as we watch the older generations face health repercussions becuase of the air quality. Taking this step is one if the first towards ensuring clean air is no longer a distant mirage for our community. By shutting retiring these plants for good, we are making moves towards rectifying years of environmental oppression against our communities.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Juan Gutierrez

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Katie Little [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 4:35 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

A few years ago, as an environmental engineering graduate student, I studied the effects of coal mines on downstream water quality. It is common knowledge in that field that contaminants are several orders of magnitude higher downstream of a mine than upstream. We face the same problem with air quality near coal-fired power plants, contributing to high levels of asthma and other crises of environmental and public health. It is time to move toward cleaner, more breathable air.

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Katie Little
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Joe Maalouf [redacted]
**Sent:** Thursday, June 18, 2020 4:53 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Cc:** Nicholas Schroeck
**Subject:** Joe Maalouf - Comment Re Consent Decree With DTE
**Attachments:** Joe Maalouf - Comment Letter Outline.pdf

Dear Assistant Attorney General, Environment and Natural Resources Division,

On behalf of the [redacted], please accept this public comment regarding the consent decree between *United States and Sierra Club* v. *DTE Energy Company and Detroit Edison Company,* D.J. Ref. No. 90-5-2-1-09949.

Thank you for your consideration,

Joe Maalouf
[redacted]



**Comment Re Consent Decree With DTE**

Michigan communities deserve more for the damage caused by DTE's coal-fired plants. Yet this consent decree not only settles for less, but also sends the wrong message to industrial polluters – that it's better to ask for forgiveness than to ask for permission.

*Overview*

Under the Clean Air Act, utility companies seeking to modify a source of air pollution must make projections of how the modification will affect future emissions.[1] If the projections indicate a major modification, then the company needs a permit under the New Source Review program before going ahead.[2] The projections do not have to include emissions related to growth in demand.[3]

In 2010, DTE notified the Michigan Department of Environmental Quality that it will be undergoing a $65 million-dollar modification of their coal-fired facility in Monroe.[4] DTE characterized the project as routine maintenance and that the projected increase in emissions will be attributable to demand growth.[5]

The very next day, DTE began construction without a permit.[6] EPA subsequently sued the company on that basis, finding its projections questionable and arguing that a permit was in fact required.[7] Four of DTE's other coal-fired plants were also brought into the lawsuit for the same reason.[8]

DTE unsuccessfully sought summary judgment three times in federal court. The company argued that the EPA has no authority to require a permit based solely on a review of their projected emissions.[9] Instead, it insisted that the agency must wait and see if the modifications result in actual increases in emissions.[10] The Sixth Circuit ruled against DTE's argument twice, and the Supreme Court denied DTE's petition for review.[11]

---

[1] 42 U.S.C. § 7475, 7503
[2] *Id.*
[3] 40 C.F.R. § 52.21(b)(41)(a) and (c)
[4] *United States v. DTE Energy*, 845 F.3d 735, 737 (6th Cir. 2017)
[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] Notice of violation from EPA to DTE Energy, U.S. EPA (Mar. 7 2013), at 1. https://archive.epa.gov/region5/swdetroit/web/pdf/r5-053176.pdf
[9] *United States v. DTE Energy*, 2015 WL 995207 (C.A.6), at 8 (Respondent's Brief)
[10] *Id.*
[11] *DTE Energy Co. v. U.S.*, 138 S. Ct. 555 (2017)

*The consent decree settles for less*

By all outward appearances, the EPA has the upper hand at this stage of the litigation. Yet the agency is not only seeking to settle with DTE in the proposed consent decree, but to do so for a civil penalty and mitigation project that together amount to just under $7.5 million dollars.[12] Michigan communities deserve more for DTE's actions.

To most people, $7.5 million dollars seems like a lot of money. But companies like DTE are not like most people. In each of the last three years, DTE made over $1 billion dollars in profits.[13] That means that from a monetary standpoint, the consent decree in question only imposes obligations amounting to less than 1% of what the company keeps after expenses – hardly much of a deterrent.

Moreover, the EPA could have secured a fairer remedy had it successfully tried the case. Section 113(b) of the Clean Air Act, in tandem with the Federal Civil Penalties Inflation Adjustment Act, authorizes the EPA to seek as much as $37 500 a day in civil penalties for each of DTE's violations.[14] Assuming at least five violations (one for each coal-fired facility) over a six-month period, the EPA would have secured just over $33 million dollars in civil penalties.

The decision to settle is made even more questionable given the EPA's relatively strong position in the litigation, as evidenced by both the agency's success in Circuit Court as well as the Supreme Court's denial of DTE's petition for review. By settling the case, the EPA is settling for less.

*The consent decree sends the wrong message*

By entering into this consent decree, the EPA also signals to industry that when it comes to making major modifications to polluting facilities, it's better to ask for forgiveness than to ask for permission – a message that goes against any pretense of protecting the environment.

After many years of litigation, the Sixth Circuit ruled that it is within the EPA's discretion to require a permit under the New Source Review program based on its own assessment of a company's emission projections.[15] Yet the agency is now deciding not to use its hard-won discretion because of an EPA policy memorandum issued in December of 2017.

The memorandum characterizes the Sixth Circuit decision as having "created uncertainty" and proceeds to reassure industry that the EPA will in fact not conduct its own assessment of a company's projections for purposes of New Source Review.[16]

---

[12] Consent Decree, *United States v. DTE Energy* (No. 266-1, E.D. Mich., May 14, 2020), at 27, 70.
[13] Macrotrends, "DTE Energy Net Income 2006-2020" (June 16, 2020), https://www.macrotrends.net/stocks/charts/DTE/dte-energy/net-income
[14] 42 U.S.C § 7413(b)
[15] United States v. DTE Energy, 845 F.3d 735, (6th Cir. 2017)
[16] Memorandum from E. Scott Pruitt, Administrator, U.S. EPA, to Regional Administrators, U.S. EPA (Dec. 7, 2017), https://www.epa.gov/sites/production/files/2017-12/documents/policy_memo.12.7.17.pdf.

Not only does EPA's policy memorandum have no binding legal authority, it also carries dangerous environmental implications. By choosing not to oversee the preconstruction projections of industrial polluters, the EPA gives companies the green light to build first and fix environmental problems later – when the damage is already done.

Meanwhile, the Sixth Circuit has authorized the EPA to be proactive and prevent questionable projections from becoming a problem in the first place. By not exercising the authority awarded to them, the EPA sends the wrong message to industrial polluters – that it's better to ask for forgiveness than to ask for permission.

*Concluding Remarks*

Over the last century, DTE profited from its coal-fired plants at the expense of Michigan's natural resources and public health. But the EPA has a chance to hold the company accountable by changing the terms of this consent decree as follows:

1) **Increase the civil penalty** to adequately reflect the damage caused by coal-fired facilities and to effectively deter large corporations like DTE from circumventing their legal obligations in the future, pursuant to EPA's own Stationary Source Penalty Policy.

2) **Require more environmental mitigation** to fully and properly compensate specific Michigan communities that were most affected by DTE's coal-fired facilities.

3) **Extend record-keeping** under Section XV (Information Collection and Retention) to cover the full timeline of DTE's obligations under the consent decree.

4) **Increase periodic reporting** under Section IX (Periodic Reporting) from semiannually to quarterly, to better prevent against noncompliance.

Thank you for the opportunity to comment and for considering our views.

Sincerely,

*/s/Joe Maalouf*

Joe Maalouf

*/s/Nicholas J. Schroeck*

Nicholas J. Schroeck

**From:** Alicia Baker Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 8:10 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Alicia Baker

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Aunna Lippert Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 9:05 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Aunna Lippert

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Sarah Ragalyi [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 9:16 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Sarah Ragalyi

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Danita Echols Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 9:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Danita Echols

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

| | |
|---|---|
| **From:** | Kathleen S Herman [redacted] Sent You a Personal Message <automail@knowwho.com> |
| **Sent:** | Thursday, June 18, 2020 10:30 PM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949 |

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Kathleen S Herman

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Constance Lippert [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 18, 2020 11:42 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Constance Lippert
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lawrence Bavier [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Friday, June 19, 2020 10:41 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lawrence Bavier

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Jeanette Tibstra Sent You a Personal Message <automail@knowwho.com>
**Sent:** Friday, June 19, 2020 1:27 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jeanette Tibstra

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Christopher Bacehowski Sent You a Personal Message <automail@knowwho.com>
**Sent:** Friday, June 19, 2020 1:32 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

My nieces and nephews and son need you to stand up for their health... and their future!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Christopher Bacehowski

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** David Beeman [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Friday, June 19, 2020 3:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

I urge you to support and implement important environmental protections that have been allowed to erode over the past few years. Thank you!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

David Beeman
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Cassidy Boulan [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Friday, June 19, 2020 9:53 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Cassidy Boulan

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Matthew Mercure [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Saturday, June 20, 2020 3:58 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

NO ONE needs to live with pollution.
Would YOU want to breathe or live next to pollution?!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Matthew Mercure

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Hugh Gurney [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Saturday, June 20, 2020 5:18 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Hugh Gurney
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** charlie Weaver Sent You a Personal Message <automail@knowwho.com>
**Sent:** Saturday, June 20, 2020 9:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

charlie Weaver

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Robert Wroblewski [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Sunday, June 21, 2020 4:41 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Robert Wroblewski
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Lorne Beatty [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Sunday, June 21, 2020 8:51 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Lorne Beatty
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Dan Blakey [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Tuesday, June 23, 2020 5:18 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Dan Blakey

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

**From:** Julie Swanson Sent You a Personal Message <automail@knowwho.com>
**Sent:** Thursday, June 25, 2020 1:12 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

As an Early Childhood Interventionist, I urge you to take action to reduce pollution that deeply affects development of young children. River Rouge children and many others across our state are already growing up compromised by poverty and unstable home environments. The effects of pollution on their neurological development is significant. Please take action!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Julie Swanson

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.

---

**From:** Jennifer Shaffer [redacted] Sent You a Personal Message <automail@knowwho.com>
**Sent:** Monday, June 29, 2020 12:54 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949

Dear Public Comment,

Please do the right thing for the people in Ecorse!!

To the Assistant Attorney General for Environment and Natural Resources,

I?m writing in support of the consent decree filed in DTE?s New Source Review case (United States and Sierra Club v. DTE Energy Company and Detroit Edison Company, D.J. Ref. No. 90-5-2-1-09949), and the separate agreement referenced therein. The consent decree includes projects that are crucial for improving public health and delivering cleaner air to Michiganders. While I understand that the government is not a party to, and need not approve, the separate agreement between DTE and Sierra Club, I would urge you to not object to that agreement, which includes even more impactful clean air and public health benefits that are crucial for River Rouge, Ecorse, and 48217.

Combined, the River Rouge, St. Clair, and Trenton Channel coal-fired power plants annually emit more than seven million tons of climate polluting carbon dioxide, 22,000 tons of harmful sulfur dioxide, and 8,000 tons of smog-causing nitrogen oxides. The separate agreement would ensure that those polluting coal plants are finally retired. And by directing $5.5 million towards replacing diesel buses with cleaner electric buses, and $2 million towards community environmental mitigation projects, the separate agreement would provide additional air quality and public health benefits to the long over-burdened environmental justice communities of River Rouge, Ecorse, and 48217. Scientists recently confirmed that exposure to air pollution from coal plants decreases the chance of survival once contracting Coronavirus, exacerbating the already dire threats facing communities in environmental injustice hotspots. Amidst the COVID-19 pandemic, this consent decree and separate agreement couldn?t have come at a more crucial time for Michigan communities.

Because of the public health and air quality improvements, I voice my support for the consent decree and even stronger support for the separate agreement between DTE and Sierra Club.

Thank you,

Sincerely,

Jennifer Shaffer
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with Sierra Club. If you need more information, please contact Lillian Miller at Sierra Club at core.help@sierraclub.org or (415) 977-5500.