EXHIBIT 2

CHERYL A. MACKAY (DC Bar No. 481891)
CHERYL.MACKAY@USDOJ.GOV
R. JUSTIN SMITH
MATTHEW R. OAKES
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
  Ben Franklin Station, P.O. Box 7415
  Washington, D.C. 20044
  (202) 514-1442
  (202) 514-4231 (fax)

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>A&S METALS RECYCLING INC.,<br><br>   Defendant. | No. CV 17-1735-GW-AFMx<br><br>**ORDER REOPENING CASE AND RETAINING JURISDICTION, AND REQUIRING PARTIES TO MEET AND CONFER**<br><br>The Honorable George H. Wu |

ORDER

Upon consideration of the United States' Request to Reopen Case and Retain Jurisdiction, and Recommendation for Meet and Confer, THE COURT hereby ORDERS that:

- This case is reopened.
- The proposed "settlement agreement" in this case is a consent judgment within the scope of 33 U.S.C. § 1365(c), subject to federal review and

judicial approval. The court will maintain jurisdiction until this case is closed pursuant to an order of dismissal.

- The Parties must meet and confer with the United States to address the United States' questions and concerns with respect to the Parties' agreement.

- The Court sets a status conference for December 13, 2018 at 8:30 a.m. The parties are to file a joint status report by December 10, 2018.

IT IS SO ORDERED.

DATED: November 2, 2018

_____
GEORGE H. WU, U.S. District Judge