IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA    )
           )
           Plaintiff,    )    Civil Action No. 2:10-cv-13101
    and    )
           )    Judge Bernard A. Friedman
NATURAL RESOURCES DEFENSE    )
COUNCIL, and SIERRA CLUB    )    Magistrate Judge R. Steven Whalen
           )
        Plaintiff-Intervenors    )
        v.    )
           )
DTE ENERGY COMPANY, and    )
DETROIT EDISON COMPANY    )
           )
        Defendants.    )
_____)

**ORDER GRANTING MOTION FOR PERMISSION TO FILE ENLARGED BRIEFS**

Upon consideration of the United States' and Sierra Club's Joint Motion for Permission to File Enlarged Briefs, IT IS HEREBY ORDERED that the following page limits shall apply to the Parties' responses to the Sierra Club motion filed at Doc. 267:

- Page limit for United States' brief: 30 pages; and

- Page limit for Sierra Club's reply brief: 12 pages.

s/Bernard A. Friedman
Dated:  July 15, 2020        Bernard A. Friedman
      Detroit, Michigan        Senior United States District Judge